# EXHIBIT 2

Case 3:09-cv-06115-FLW-DEA   Document 36-3   Filed 04/29/11   Page 1 of 3 PageID: 425

**From:** Johanna Schmitt [mailto:johanna.schmitt@kirkland.com]
**Sent:** Thursday, March 03, 2011 3:06 PM
**To:** Sonali Maitra
**Cc:** Joseph Gratz; #Xio Litigation; 'Don Robinson'; Schoenberg, Robert
**Subject:** Tetris v. Xio - Production Issues

Sonali,

We are waiting for your response to my email of March 1 seeking the production of all documents (including communications with Jeffrey Neu), which indicate that Xio was told before the start of this lawsuit that Mino infringed or may infringe our client's rights.  Please let us know Xio's position.

Also, we would like to bring the following production issues to your attention:

1) Xio's Amended Privilege Log contains an entry for a document with Bates number XIO-DG-0002111, which is described as "Draft of email to G. Reback re potential representation".   As Ms. Golen confirmed in her deposition, there is no privilege here -- and, to the extent Xio claims this document is privileged, Xio has previously produced drafts of similar emails to Mr. Reback (see e.g.,XIO-HD-XIO-0000014 )., thus any claimed privilege is clearly waived.  Accordingly, please promptly produce the document with Bates number XIO-DG-0002111.

2) During her deposition on 2/10/11, Ms. Golen demonstrated that she did not have an expectation of privacy when communicating with attorneys prior to the filing of this lawsuit (including Julie Turner, Pamela Samuelson, Colin Chapman, etc).  There are, however, still many entries on Xio's Amended Privilege Log for communications with attorneys prior to the filing of this lawsuit, including, but not limited to, the following:

- Paul Gold
- Elizabeth Levin
- L. Hudd
- Richard C. Litman
- Yolanda G. Ybuan
- David A. Randall
- Shyh-Jye Wan
- Vichai Mittongtar


As  Xio has demonstrated that it did not have an expectation of privacy when communicating with such attorneys, there is no privilege covering these communications.  Promptly produce all communications with the above attorneys and any other attorneys for which Xio did not have an expectation of privacy.

3) Given the recent production of documents that were originally withheld as privileged, and Xio's purported claims to claw back certain documents during depositions of its witnesses, we ask that Xio amend its privilege log to accurately reflect which documents it is asserting privilege for.  This request does not constitute a waiver of our objections as to the propriety of any privilege claims.

4) On February 18, Joe stated that Xio was unable to produce a TIF image for the second page of the document with Bates number XIO-DG-0002353 at that time, and instead produced the text of the file with special Bates number XIO-DG-9002353.  Is Xio able to produce a TIF image for that page at this time?  If so, please produce it.

5) Xio's load file for the documents produced on February 17th continues to contain errors.  For example, although the document with Bates number XIO-DG-0100734 is an e-mail indicating that it included two attachments and Xio's load file indicates that it produced one of the attachments (XIO-DG-0100739), Xio's

load file does not include a record for the second attachment (XIO Interactive Online Infringing Mino & Mino Lite Games letter.pdf).  Please produce a complete load file correcting such errors.

6) We are unable to open the native file for the document with Bates number XIO-DG-0100861.  Please re-send the native file.

- Johanna

**Johanna Schmitt** / KIRKLAND & ELLIS LLP
601 Lexington Avenue / New York, New York 10022
Tel: 212.446.4841  |  Fax: 212.446.6460  |  johanna.schmitt@kirkland.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

_____ Information from ESET NOD32 Antivirus, version of virus signature database 6081 (20110429) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com