Dale M. Cendali
Johanna Schmitt
Brendan T. Kehoe
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
dale.cendali@kirkland.com
johanna.sch mitt@kirkland.com
brendan.kehoe@kirkland.com

Robert J. Schoenberg
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981
Telephone: (973) 538-0800
rschoenberg@riker.com

Attorneys for Plaintiffs and Counterclaim Defendants
Tetris Holding, LLC and The Tetris Company, LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TETRIS HOLDING, LLC and THE TETRIS COMPANY, LLC,<br><br>        Plaintiffs and Counterclaim Defendants,<br><br>- against -<br><br>XIO INTERACTIVE INC.,<br><br>        Defendant and Counterclaim Plaintiff. | Case No.   3:09-cv-6115 (FLW) (DEA)<br><br>Hon. Freda L. Wolfson, U.S.D.J.<br>Hon. Douglas E. Arpert, U.S.M.J.<br><br>**[REDACTED] DECLARATION OF DAVID KWOCK, ESQ. IN SUPPORT OF PLAINTIFFS' RULE 37(A) MOTION TO COMPEL AND FOR COSTS**<br><br>***Document Filed Electronically*** |

**Confidential -- Subject to Protective Order -- Filed Under Seal**

I, David Kwock, Esq., hereby declare as follows:

1.  I am the General Manager and Counsel for Blue Planet Software, Inc., which is the exclusive agent of plaintiff The Tetris Company, LLC. I am also in-house counsel for plaintiffs Tetris Holding, LLC and The Tetris Company, LLC (collectively "TTC"). I submit this declaration in support of TTC's motion pursuant to Federal Rule of Civil Procedure 37(a) to compel and for costs. This declaration is based on my personal knowledge and my knowledge based on my review of the documents produced in this case and the testimony provided during depositions.



1

**Confidential -- Subject to Protective Order -- Filed Under Seal**



Executed this 11th day of May 2011 at Honolulu, Hawaii

_____
David Kwock, Esq.

**Confidential -- Subject to Protective Order -- Filed Under Seal**