UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TETRIS HOLDING, LLC and THE TETRIS COMPANY, LLC, <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> - against - <br><br> XIO INTERACTIVE INC., <br><br> Defendant and Counterclaim-Plaintiff. | Civil Action No: 3:09-cv-6115 (FLW) (DEA) <br><br> Hon. Freda L. Wolfson, U.S.D.J <br><br> Hon. Douglas E. Arpert, U.S.M.J. <br><br><br> [~~PROPOSED~~] CONSENT ORDER |

Pursuant to written notice, and by agreement between counsel for the parties herein, the following dates are established for dispositive motions in the above-referenced action:

ORDERED THAT:

1. Any dispositive motions shall be filed and served no later than September 29, 2011, with a requested return date of December 5, 2011;

2. Any opposition papers to dispositive motions shall be filed and served no later than October 25, 2011;

3. Any reply papers in support of dispositive motions shall be filed and served no later than November 18, 2011; and

4. Local Civil Rule 7.1(d)(5) shall not apply to alter any of the foregoing dates.

Further, pursuant to agreement between counsel for the parties herein, it is ORDERED THAT the following counterclaim and affirmative defenses are hereby dismissed with prejudice and without costs: (a) Xio's counterclaim for misrepresentation, (2) Xio's affirmative defense of Failure to Mitigate (Fifth Affirmative Defense), and (3) Xio's affirmative defense of First Amendment (Eighth Affirmative Defense).

5. The Court will conduct a telephone status conference on November 21, 2011 at 10:30 a.m. Plaintiff's counsel will initiate the call. If appropriate, the Court will then schedule a Settlement Conference.

Dated: July 8, 2011

/s/ [signature]

Hon. Douglas E. Arpert
United States Magistrate Judge

Consent to entry of the above Order:

Johanna Schmitt, Esq.
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
(212) 446-4841
Johanna.schmitt@kirkland.com

Sonali Maitra, Esq.
**DURIE TANGRI**
217 Leidesdorff Street
San Francisco, CA 94111
(415) 362-6666
smaitra@durietangri.com

Robert J. Schoenberg
**RIKER DANZIG SCHERER HYLAND & PERRETTI LLP**

s/ _Robert J. Schoenberg_

Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800
rschoenberg@riker.com

Attorneys for Plaintiffs

Donald A. Robinson, Esq.
**ROBINSON, WETTRE & MILLER LLC**

s/ _Donald A. Robinson_

One Newark Center, 19th Floor
Newark, NJ 07102
(763) 690-5400
drobinson@rwmlegal.com

Attorneys for Defendant

2