Donald A. Robinson
ROBINSON, WETTRE & MILLER LLC
One Newark Center, 19th Floor
Newark, NY  07102
973-690-5400
drobinson@rwmlegal.com

Mark A. Lemley
Joseph C. Gratz
Sonali D. Maitra
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA  94111
415-362-6666

*Attorneys for Defendant*
*Xio Interactive Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TETRIS HOLDING, LLC and THE TETRIS COMPANY, LLC,<br><br>    Plaintiffs,<br><br>   -against-<br><br>XIO INTERACTIVE INC.,<br><br>    Defendant. | Civil Action No. 3:09-CV-6115 (FLW) (DEA)<br><br>Honorable Freda L. Wolfson, U.S.D.J.<br>Honorable Douglas E. Alpert, U.S.M.J. |

**XIO INTERACTIVE INC.'S
NOTICE OF MOTION AND MOTION FOR
SUMMARY JUDGMENT OF NON-INFRINGEMENT**

**PLEASE TAKE NOTICE** that at on December 5, 2011, or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Freda L. Wolfson, U.S.D.J. (Courtroom 5E), located at Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, Defendant Xio Interactive Inc. moves the Court for summary judgment on all Plaintiffs Tetris Holding, LLC and Tetris Company, LLC's claims.

**PLEASE TAKE FURTHER NOTICE THAT** Xio submits in support of Xio's Motion for Summary Judgment of Non-Infringement (1) a Memorandum of Points and Authorities, (2) a Separate Statement of Undisputed Material Facts, and (3) a Declaration of Sonali D. Maitra and supporting exhibits filed therewith.

**PLEASE TAKE FURTHER NOTICE** that Xio also submits a Proposed Order granting this motion.

Dated:  September 30, 2011               ROBINSON, WETTRE & MILLER LLC
                                         One Newark Center, 19th Floor
                                         Newark, New Jersey 07102
                                         (973) 690-5400
                                         drobinson@rwmlegal.com


                                    By:      */s/ Donald A. Robinson*
                                         Donald A. Robinson

                                         -and-

                                         Mark A. Lemley
                                         Joseph C. Gratz
                                         Sonali D. Maitra
                                         DURIE TANGRI LLP

1

        217 Leidesdorff Street
        San Francisco, CA  94111
        415-362-6666

        *Attorneys for Defendant*
        *XIO Interactive, Inc.*

## CERTIFICATE OF SERVICE

I certify that on September 30, 2011, I caused a copy of defendant's motion to seal certain documents to be served upon plaintiffs' counsel of record via the Court's electronic filing system.

>                                        */s/ Donald A. Robinson*
>                                         Donald A. Robinson