# History



Tetris is born in Moscow. Russian scientist Alexey Pajitnov develops the very first version of Tetris on an Electronica 60.

1984 — 1985 — 1987 — 1988 — 1989 — 1992 — 1995

## Fun Facts

Tetris has even been played on the sides of buildings! The record for the world's largest working game of Tetris belongs to the Dutch students of the Delft University of Technology, who in 1995, lit up 15 floors of their Electrical Engineering Department.

In 2006, Honda released an awesome commercial for the Honda Jazz in Europe where pieces of furniture and luggage were organized to fit like Tetriminos into the trunk of the vehicle.

Have someone teach you how to play Tetris! In 2009, Tetris training lessons were advertised on Craigslist in Vancouver, Canada offering sessions for beginners and more advanced players.

Even artists love Tetris! In January 2009, an outdoor art exhibit in Sydney, Australia featured giant Tetrimino sculptures that lit up the corridors of Abercrombie Lane.

More

## Awards

**1989**
1989 The Software Publisher's Association awards Tetris four Excellence in Software Awards, which were then considered the "Oscars" for the software industry.

**1997**
Tetris comes in #1 in Electronic Gaming Monthly's 100th issue.

**2001**
Game Informer Magazine's 100th issue lists Tetris in the #3 spot on its "Top 100 Games of All Time."

**2006**
Electronic Gaming Monthly ranks Tetris #4 in "The Greatest 200 Videogames of Their Time."

**2007**
Alexey Pajitnov receives the First Penguin Award at the Game Developers Conference. Tetris is widely recognized as the game that gave birth to the casual gaming industry.

More

About Tetris | Contact Us | Privacy Policy

Tetris ® & © 1985-2011 Tetris Holding. Tetris logo, Tetris theme song and Tetriminos are trademarks of Tetris Holding. The Tetris trade dress is owned by Tetris Holding. Licensed to The Tetris Company. Game Design by Alexey Pajitnov. Logo Design by Roger Dean. All Rights Reserved. All other trademarks are the property of their respective owners.

Play Tetris | 日本語でテトリスを遊ぶ | 테트리스 하러가자    Website Hosting Support by GlobalHost.com