**From:** "Michael Carter"
**To:** "Desiree Golen"
**Cc:**
**Bcc:**
**Date:** Tue, 11 Nov 2008 02:56:31 -0800
**Subject:** copyright / patent (official website)

http://www.copyright.gov/fls/fl108.html