**From:** "Michael Carter"
**To:** "Desiree Golen"
**Cc:**
**Bcc:**
**Date:** Tue, 11 Nov 2008 02:02:12 -0800
**Subject:** Book that contains a history of Tetris

http://www.amazon.com/Game-Over-Press-Start-Continue/dp/0966961706