**From:** "Desiree Golen"
**To:** desireegolen@gmail.com
**Cc:**
**Bcc:**
**Date:** Tue, 11 Nov 2008 03:13:08 -0800
**Subject:**

reference number and full text of copyright filing that you claim
...... company is violating


is tetranet different enought than tetris