**From:** "Desiree Golen"
**To:** desireegolen@gmail.com
**Cc:**
**Bcc:**
**Date:** Tue, 11 Nov 2008 03:20:57 -0800
**Subject:** copyright

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=3&ti=1,3&Search_Arg=tetris%20company&Search_Code=NALL&CNT=25&PID=8fVJHWNIVFQ_SNwJeyYE_LbSVsxWM&SEQ=20081111061945&SID=2