**From:** "Desiree Golen"
**To:** desireegolen@gmail.com
**Cc:**
**Bcc:**
**Date:** Wed, 12 Nov 2008 04:31:47 -0800
**Subject:** scoring

I've noticed while many sources on the internet describe the Nintendo scoring scheme, in which points are awarded for lines and even more for combinations, almost none mention the original scoring scheme, in which points are only awarded for dropping pieces. The only source on the internet that I've found that actually describes the original scheme is

http://colinfahey.com/tetris/tetris.html

although it is alluded to in

http://books.google.com/books?id=HJNvZLvpCEQC&pg=PA197&lpg=PA197&dq=tetris+spectrum+holobyte+scoring+no+points+lines&source=web&ots=sw1ukxcKpF&sig=UGhsa3NxA7sh1TZCwFdDHap1v8o

However, I'm not sure the first source counts as verifiable and I don't actually have access to the second source. I haven't played the original version, but I do know that the old Spectrum Holobyte version uses this scoring scheme (or something very similar). —Preceding unsigned comment added by 216.15.124.160 (talk) 07:39, 27 December 2007 (UTC)

As of 2001, "standard" scoring is a constant times 1, 3, 5, 8 for 1, 2, 3, 4 lines, or 12 for a back-to-back 4 lines. I can provide a most reliable reference from the manuals of Tetris Worlds (GBA) and Tetris Zone and supporting references from various online descriptions of Tetris DS. --Damian Yerrick (talk | stalk) 13:14, 27 December 2007 (UTC)

I downloaded the original version maybe a year ago, I can't remember where. But if you look, you can find it, and verify the scoring system, if you're really curious. But I guess that would be considered "original research" and not valid to be published here. 208.70.18.89 (talk) 19:10, 10 March 2008 (UTC)XIF866

[edit]