**From:** "Desiree Golen"
**To:** "Michael Carter"
**Cc:**
**Bcc:**
**Date:** Thu, 13 Nov 2008 03:06:33 -0800
**Subject:** yo dukey!

Hello love of my life,

I'm meeting with julie tomorrow at Red Rock at 1:30. You're welcome, in fact encouraged to come. In general, i work better when I can talk to someone about these sort of things afterwards.

If you're up by 11:30, please get me up! I haven't had a chance to write up a declaration of non-infringement (too much information jumbled in my head). I'm planning on using the two letters attached to form a draft tomorrow. Let me know what you think. I think my problem is that I'm using too many words.

Love you!

**Attachment**: cormier_letter.doc

**Attachment**: reback_borland_attourney.doc