Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

--oOo--

TETRIS HOLDING, LLC and THE )
TETRIS COMPANY, LLC, )
 )
    Plaintiffs and )
    Counterclaim-Defendants, )
 )
    vs. ) Civil Action No.
 ) 3:09-CV-6115(FLW)(DEA)
 )
XIO INTERACTIVE INC., )
 )
    Defendant and )
    Counterclaim-Plaintiff. )
_____ )


VIDEOTAPED DEPOSITION OF

DESIREE GOLEN
_____

January 28, 2011


REPORTED BY:

JULIE ANNE ZEIGLER, RPR, CSR 9750       JOB #432442

Page 218

1  A.  I think I wrote -- I wrote this copy, but I
2  think I remember getting input from other people.
3  Q.  Well, in it, you wrote, among other things,
4  "We specialize in creating real-time multiplayer games
5  and perfecting social gaming experience."  Do you see
6  that?
7  A.  Um-hum.
8  Q.  The only games Xio ever created was Mino,
9  right?
10 A.  We created Mino and Mino Lite.
11 Q.  And then you go on to say, "Using our
12 proprietary Xio-based technology."  What did you mean
13 by your "proprietary Xio-based technology"?
14 A.  I think I must have meant that we created --
15 that Xio created Mino from scratch, and we had the
16 technology capabilities to create Mino from scratch.  So
17 I think "Xio-based" is just referring to our source
18 code.
19 Q.  You say you created Mino from scratch; is
20 that your testimony?
21 A.  Yes.
22 Q.  Isn't it true that when you created Mino, you
23 were aware of how the EA Tetris game looked?
24     MS. MAITRA:  Objection; asked and answered.
25     THE WITNESS:  I don't remember when we started