Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

--oOo--

TETRIS HOLDING, LLC and THE           )
TETRIS COMPANY, LLC,                  )
                                      )
          Plaintiffs and             )
          Counterclaim-Defendants,)
                                      )
     vs.                              ) Civil Action No.
                                      )3:09-CV-6115(FLW)(DEA)
                                      )
XIO INTERACTIVE INC.,                 )
                                      )
          Defendant and              )
          Counterclaim-Plaintiff. )
_____ )


VIDEOTAPED DEPOSITION OF

MARIO BALIBRERA

_____

December 10, 2010




REPORTED BY:


JULIE ANNE ZEIGLER, RPR, CSR 9750          JOB #432369

Page 13

1    Q.   Have you attended any graduate programs?

2    A.   No.

3    Q.   So after Pomona, you haven't had any other

4  formal education?

5    A.   No.

6    Q.   What was your major at Pomona?

7    A.   Media studies.

8    Q.   Did you meet Desiree Golen at Pomona College?

9    A.   Yes.

10   Q.   You worked for Xio at some point, correct?

11   A.   Yes.

12   Q.   In what capacity?

13   A.   I wrote, I think it was, about six songs for

14  their game, and they ended up using about three of them.

15   Q.   When I say "capacity," I mean were you an

16  employee or an intern or an independent contractor?

17   A.   Well, I guess I was an independent contractor.

18  I'm not sure on -- on my job title or anything, but I

19  did that; I composed the music, and I did a little

20  programming, and I don't think I was considered an

21  employee.

22       MS. SCHMITT:  Okay.  I'd like to mark as

23  Exhibit 2 a document produced by Xio starting with Bates

24  Number XIO-HD-DG 13173.

25       (Whereupon, Deposition Exhibit 2 was