Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

--oOo--

TETRIS HOLDING, LLC and THE        )
TETRIS COMPANY, LLC,               )
                                   )
        Plaintiffs and             )
        Counterclaim-Defendants,)
                                   )
        vs.                        ) Civil Action No.
                                   )3:09-CV-6115(FLW)(DEA)
                                   )
XIO INTERACTIVE INC.,              )
                                   )
        Defendant and              )
        Counterclaim-Plaintiff. )
_____)


VIDEOTAPED DEPOSITION OF

MARIO BALIBRERA
_____

December 10, 2010



REPORTED BY:


JULIE ANNE ZEIGLER, RPR, CSR 9750        JOB #432369

Page 17

1    Q.   Okay.  Now, you said that you created music

2  for the game Mino and Mino Light, correct?

3    A.   Yes.

4    Q.   And did you also work on the development of

5  the games?

6    A.   I did a little bit of programming, but not in

7  any architectural capacity.  I just kind of helped out

8  in very specific areas to implement a couple things.

9    Q.   Are you a programmer?

10   A.   Yes.

11   Q.   Did you study programming at Pomona?

12   A.   I took a couple classes, but they -- I didn't

13 learn anything in those classes that I'm using today.

14   Q.   Are you self-taught programmer?

15   A.   The programming knowledge that I use, I guess,

16 I didn't learn in classes.  So you call that

17 self-taught, I guess.

18        MS. SCHMITT:  I'd like to mark as Exhibit 3 a

19 printout from Xio's Web site.

20        (Whereupon, Deposition Exhibit 3 was

21        marked for identification.)

22        THE WITNESS:  Thank you.

23        MS. SCHMITT:  Q.  Specifically, it's a

24 printout of the "About" page of Xio's Web site.

25        MS. MAITRA:  Sorry, what exhibit number are we