Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

--oOo--

TETRIS HOLDING, LLC and THE )
TETRIS COMPANY, LLC, )
                                        )
      Plaintiffs and )
      Counterclaim-Defendants,)
                                        )
    vs. ) Civil Action No.
                                        )3:09-CV-6115(FLW)(DEA)
                                        )
XIO INTERACTIVE INC., )
                                        )
      Defendant and )
      Counterclaim-Plaintiff. )
_____)


VIDEOTAPED DEPOSITION OF

MARIO BALIBRERA
_____

December 10, 2010




REPORTED BY:


JULIE ANNE ZEIGLER, RPR, CSR 9750         JOB #432369

1          MS. SCHMITT:  You can watch it there.

2          Can you mark this as Exhibit 9?

3          (Whereupon, Deposition Exhibit 9 was

4          marked for identification.)

5          THE VIDEOGRAPHER:  Just to let you know,

6    whenever there's any kind of action that happens on the

7    video, I will go to the big screen, but I think I've

8    situated you enough so that your head won't be in the

9    screen at all.

10         MS. MAITRA:  Are you sure?

11         THE VIDEOGRAPHER:  Yes.

12         MS. MAITRA:  Just let me know if it is, and I

13   can move.  No problem.

14         MS. SCHMITT:  Do you want to go off the record

15   for a minute and test it?

16         THE VIDEOGRAPHER:  I've already tested it.

17         MS. SCHMITT:  Okay.

18    Q.   This is a video of gameplay from the

19   executable that was produced as Mino 1.1, and this is

20   single player standard mode.

21         Can we go off the record for a second?

22         THE VIDEOGRAPHER:  Sure.

23         MS. SCHMITT:  Never mind.  It's moving.  We

24   can continue.  Sorry about that.  Okay, here we go.

25   (Showing video).

Page 61

1   Q.   Is that your music, Mr. Balibrera, that you
2   wrote?
3   A.   Yes.
4   Q.   Do you need to see it again?
5   A.   No, that was great.
6   Q.   Do you recognize that as Mino?
7   A.   Yeah, that looks right.
8   Q.   But you're not sure if it's Version 1.1 or
9   not?
10  A.   Yeah, I wouldn't know the version or actually
11  whether it's Mino light or not, I guess, also, but it
12  does look like the product I worked on.
13       MS. SCHMITT:  And I would also like the mark
14  as Exhibit 10 a screenshot from Mino 1.1 standard mode.
15           (Whereupon, Deposition Exhibit 10 was
16           marked for identification.)
17       MS. SCHMITT:  Q.  Do you recognize Exhibit 10
18  as that, Mr. Balibrera?
19  A.   Yeah, I wonder what's on the right here?  I
20  mean, what would normally be on the right?  It seems
21  like there's some empty space, but, I mean, I don't
22  know.  It's probably just like that.  Just my memory
23  is --
24  Q.   But you recognize that as Mino?
25  A.   That looks like Mino to me, yeah.