Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

--oOo--

| | |
|---|---|
| TETRIS HOLDING, LLC and THE TETRIS COMPANY, LLC, | ) ) ) |
| Plaintiffs and Counterclaim-Defendants, | ) ) ) |
| vs. | ) Civil Action No. ) 3:09-CV-6115(FLW)(DEA) ) |
| XIO INTERACTIVE INC., | ) ) |
| Defendant and Counterclaim-Plaintiff. | ) ) ) |

VIDEOTAPED DEPOSITION OF

MARIO BALIBRERA

December 10, 2010

REPORTED BY:

JULIE ANNE ZEIGLER, RPR, CSR 9750          JOB #432369

```
                                                         Page 144
 1      Q.   So earlier you testified that you created the
 2 music for Mino, right?
 3      A.   Yes.
 4      Q.   Are you a musician?
 5      A.   Yes.
 6      Q.   What do you play?
 7      A.   I play the piano and -- yeah, mainly.
 8      Q.   Did you study piano at Pomona?
 9      A.   No.
10      Q.   Or did you ever take music composition
11 classes?
12      A.   No.
13      Q.   Have you written music other than the music
14 for Mino?
15      A.   Yes.
16      Q.   Have you written music for other games than
17 Mino?
18      A.   No.
19      Q.   And was your process for writing the music
20 for Mino different from your process -- was your
21 process for writing music for Mino different from your
22 process for writing music in other contexts?
23      A.   Yes.
24      Q.   And how was that different?
25      A.   Well, the first, the most obvious, reason is I
```