Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

--oOo--

TETRIS HOLDING, LLC and THE )
TETRIS COMPANY, LLC, )
)
    Plaintiffs and )
    Counterclaim-Defendants,)
)
    vs. )Civil Action No.
)3:09-CV-6115(FLW)(DEA)
)
XIO INTERACTIVE INC., )
)
    Defendant and )
    Counterclaim-Plaintiff. )
_____)


VIDEOTAPED DEPOSITION OF

DESIREE GOLEN
_____

January 28, 2011


REPORTED BY:

JULIE ANNE ZEIGLER, RPR, CSR 9750         JOB #432442

Page 191

1    end of March of 2009 when you submitted Mino to Apple?
2         A.    It was probably -- sorry.  I kind of zoned
3    out.  Can you repeat the question?
4         Q.    Sure.  Was it your recollection that at the
5    end of March of 2009 Xio submitted Mino to Apple?
6         A.    I think it was -- I guess it was at the end of
7    March based on the fact that I had a promo code, it
8    seems -- on March 18th.
9         Q.    Then you wrote, "We had to change a few
10   things here and there for trade dress reasons."  Do you
11   see that?
12        A.    Um-hum.
13        Q.    What did you mean by "trade dress"?
14        A.    I'm not sure exactly what I meant, but before
15   we released Mino, we were aware that the Tetris Company
16   was sending out cease and desist letters to Tetrimino
17   developers, and we were trying to take every step
18   possible to avoid stepping on anyone's toes.
19              So, at one point, we had considered naming the
20   game Tetris, and we wrote to the lawyer, and that was
21   declined.  I'm not a lawyer, again, but based on my
22   understanding of -- anyways, another -- another decision
23   we made was to not include a song that had been used
24   with other Tetrimino games, the Russian folklore song.
25   I think those are two changes.