Subject: Game Plan: Incorporate Monday
From: Desiree Golen <desiree.golen@gmail.com>
Date: Sun, 1 Feb 2009 15:53:26 -0800
To: "Jeffrey C. Neu, Esq" <jneu@jeffreyneu.com>

Hi Jeff!

We had another sprint this weekend and got a lot of work done. We've removed the Tetris-like song, and we came up with a product name: Mino. We also redesigned our background to make it look completely different from EA's iPhone game. (Screenshots attached).



a side note: I was slightly worried that the Apple review board would take one look at our tetromino app and chose not to put it on the appstore b/c of past issues with the TC. But, this morning I found a tetromino game called Communist Blocks on the appstore. Its crappy and slow, so it wont be any competition to us, but its nice to know that we will get our application up in the first place!





Thanks!

-Desiree

—Mino_screenshot.png—

—Mino_splashscreen.png—

Mino_screenshot.png

—Mino_splashscreen.png—

Mino_splashscreen.png



ENDORSED BY TTC    NEU0000036





ENDORSED BY TTC                                                                                          NEU0000037

