Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

--oOo--

TETRIS HOLDING, LLC and THE )
TETRIS COMPANY, LLC,        )
                            )
    Plaintiffs and         )
    Counterclaim-Defendants,)
                            )
  vs.                       ) Civil Action No.
                            )3:09-CV-6115(FLW)(DEA)
                            )
XIO INTERACTIVE INC.,       )
                            )
    Defendant and          )
    Counterclaim-Plaintiff. )
                            )

VIDEOTAPED DEPOSITION OF

MICHAEL CARTER

December 13, 2010

REPORTED BY:

JULIE ANNE ZEIGLER, RPR, CSR 9750          JOB #432376

Page 215

1    lessen any chance of a lawsuit.
2         Q.   Can you recall any other steps than the two
3    you just mentioned?
4         A.   Any other steps that Xio Interactive took or
5    that I took?
6         Q.   Either.
7         A.   In order to lessen a chance of a lawsuit?
8         Q.   Um-hum.
9         A.   There may have been other steps that were
10   chosen with the purpose of ensuring that we weren't
11   infringing on any copyrights or trademarks.
12        Q.   And what were those?
13        A.   You know, I'm not sure exactly what those
14   were.
15        Q.   Who would know?
16        A.   Well, I would probably know if I -- if there
17   were those steps.
18        Q.   And can you recall any, other than -- other
19   than the research into how copyright works and choosing
20   the name Mino?
21        A.   I recall that I was careful in choosing audio
22   materials that I was certain were the unique work of
23   Mario Balibrera for inclusion in the game in order to
24   avoid any potential copyright infringement with any
25   other company.  I took steps to ensure that the graphics

Page 216

1  and source code used in the game were uniquely authored
2  by Xio Interactive such that there wouldn't be any
3  copyright infringement.
4           As I said, I made reasonably sure that there
5  was no trademark ownership around the name Mino as it
6  relates to this game. You know, these are some of the
7  things that I did to ensure that we weren't infringing
8  on any intellectual property in order to lessen contains
9  lawsuit.
10      Q.   Can you think of anything else?
11      A.   That was done specifically to lessen the
12  chance of a lawsuit?
13      Q.   Yeah, or to ensure that you weren't
14  infringing on any intellectual property rights.
15           MS. MAITRA: Objection; compound. Which one?
16           MS. SCHMITT: Q. Other than things you just
17  named, can you think of any other steps that you or
18  anyone else at Xio took to ensure that you weren't
19  infringing on any intellectual property rights?
20      A.   So other than confirming -- other than
21  becoming reasonably certain that the name we chose
22  wasn't a trademarked name by another company used in
23  this context, and other than making sure that our
24  copyrights didn't infringe on any other companies, I
25  considered the possibility, I think, of a patent, and I