Page 288

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

TETRIS HOLDING, LLC and

THE TETRIS COMPANY, LLC,

    Plaintiffs,

  vs.                              C.A. NO. 09-6115 (FLW)(DEA)

XIO INTERACTIVE, INC.,

    Defendant.

---

VIDEOTAPED DEPOSITION OF

JACOB RUS, VOLUME II

February 11, 2011

1:17 p.m.

Ropes & Gray, LLP

800 Boylston Street

Boston, Massachusetts

Laurie J. Driggers, CCR, RPR, CRR, CLR

Page 332

1      BY MR. KEHOE:

2      Q.  Okay.  The file pictured here in Mino Image

3   Assets called tetra-picker.psd, is that the file that

4   you just testified that you used to select the

5   different colors?

6      A.  (Deponent viewing exhibit).  I believe so,

7   yes.

8      Q.  And what -- what informed your creative

9   choices with regard to picking the colors for the

10  blocks in Mino?

11          MS. MAITRA:  Objection; vague and lacks

12  foundation.

13     A.  So -- so what I -- what I did was I created

14  this file tetra-picker.psd, and it has a

15  representation of the -- of the CIELAB color space.

16  That's C-I-E-L-A-B.  And that's a color space that

17  somewhat -- is somewhat representative of the geometry

18  of how humans see color.  And then I -- and so then I

19  picked in that color space, hues that were evenly

20  spaced around -- around a hue circle so that they

21  would be as distinguishable as possible.

22          And then I picked lightnesses -- that's the --

23  the L-dimension in that LAB -- that were spaced

24  separately so that a viewer -- you know, players with