# EXHIBITS 35 through 35
# REDACTED IN THEIR ENTIRETY