# Tetris Link



Back to All Products

Tetris Link Showcase

**PUBLISHER**



http://www.technosourcehk.com/

**PRODUCT HIGHLIGHTS**

Players take turns rolling the die and dropping Tetriminos into the tower.

Link your Tetriminos to Score!

Block-in opponents' Tetriminos to prevent them from scoring!

Track score while playing with built in scoring markers.

When the tower is full, the player with the highest score wins!

For 2-4 Players    Ages 6+
Average play time is 15-20 minutes

   

We've transformed your favorite video game into a table top strategy game that's fun for the whole family! Drop & link Tetriminos of the same color to earn points, while blocking your opponents from linking and scoring.  Learn in a minute, play for hours, and prepare to be addicted all over again!

Tetris® Link™ is already a hit!
- Featured on the Today Show as one of the Hot Toys for 2011.
- Awarded a Popular Science Best of Toy Fair 2011 Award.
- Made the Babble List, Best Kids Toys for 2011.
- Named one of Washington Post's Best New Toys for 2011.

Available now at your local Walmart store!

ShareThis

About Tetris  |  Contact Us  |  Privacy Policy

Tetris ® & © 1985~2011 Tetris Holding. Tetris logo, Tetris theme song and Tetriminos are trademarks of Tetris Holding. The Tetris trade dress is owned by Tetris Holding. Licensed to The Tetris Company. Game Design by Alexey Pajitnov. Logo Design by Roger Dean. All Rights Reserved. All other trademarks are the property of their respective owners.

Play Tetris  |  日本語でテトリスを遊ぶ  |  테트리스 하러가자      Website Hosting Support by GlobalHost.com