# EXHIBITS 49 THROUGH 74 REDACTED IN THEIR ENTIRETY