EXHIBIT 1

```
UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

----------------------------------x

TETRIS HOLDING, LLC, and THE

TETRIS COMPANY, LLC,

            Plaintiffs and,

            Counterclaim Defendant Civil Action No.

            -against-              3:09-CV-6115

                                    (FLW)(DEA)

XIO INTERACTIVE,

            Defendant and

            Counterclaim Plaintiff.

----------------------------------x

                        August 11, 2011

                        11:23 a.m.
```

Videotaped Deposition of JEFFREY C. NEU, taken by Plaintiff, pursuant to subpoena, at the offices of Kirkland & Ellis, LLP, 601 Lexington Avenue, New York, New York, before SUZANNE PASTOR, a Shorthand Reporter and Notary Public within and for the State of New York.

A P P E A R A N C E S:

    KIRKLAND & ELLIS LLP
    Attorneys for Plaintiffs and Counterclaim
    Defendants
        601 Lexington Avenue
        New York, New York 10022
    BY:   JOHANNA SCHMITT, ESQ.
        (212) 446-4841
        johanna.schmitt@kirkland.com


    DURIE TANGRI
    Attorneys for Defendant and Counterclaim
    Plaintiff
        217 Leidesdorff Street
        San Franscisco, California 94111

    BY:   SONALI D. MAITRA, ESQ.
        (415) 362-6666
        smaitra@durietangri.com


    KUZAS NEU
    Attorneys for the Witness
        318 Newman Springs Road
        Redbank, New Jersey 07701

    BY:   LUC ULMET, ESQ.
        (646) 351-1196
        luc.ulmet@kuzas.com


ALSO PRESENT:


    MICHAEL DAVIDSON, Videographer

                    NEU - AUGUST 11, 2011

1

2        A.      Correct.  Same clients, just

3   brought on a new partner.

4        Q.      This is Exhibit 10.

5                (Neu Exhibit 10 for identification,

6   Bates NEU 21 through 25.)

7        Q.      Exhibit 10 is a document that was

8   produced by you, Jeff.  Just to explain, you

9   didn't produce documents with a Bates number so

10  we numbered each page of the documents that you

11  produced.  That's why at the bottom it says

12  "endorsed by TTC" and then it has a control

13  number at the bottom.  Do you see that?

14       A.      Yes.

15       Q.      So this document was produced by

16  you.  We've labeled it Neu 21 through 26.  And

17  it's an e-mail chain between you and Maura

18  Carter and Desiree Golen from November of 2008,

19  is that correct?

20       A.      It appears so.

21       Q.      So if you look at the first e-mail

22  in the chain which appears on page Neu 24 --

23       A.      Mm-hmm.

24       Q.      -- it appears to be an e-mail to

25  you from Maura Carter.  The date is cut off on

                        NEU - AUGUST 11, 2011

1

2     this document, but I'll tell you that it was on

3     November 6th of 2008.

4          A.    Okay.

5          Q.    Now, is this the first contact that

6     you had with anyone at XIO Interactive?

7          A.    I don't recall.

8          Q.    Would you have any reason to

9     believe this wasn't the first communication you

10    had?

11         A.    I don't, no.  Other than the fact

12    that apparently they mistyped their own company

13    name in the e-mail.

14         Q.    In Maura Carter's e-mail to you she

15    says that she was -- they were referred to you

16    by Eva Galpern, who was a referral specialist at

17    the Electronics Frontier Foundation.  Correct?

18         A.    That's what it says.

19         Q.    Are you on a referral list for the

20    EFF?  And I'll refer to Electronic Frontier

21    Foundation as EFF.

22         A.    I work with the EFF on a variety of

23    matters.  I don't know that they maintain a

24    specific referral list.  Not that I'm aware of.

25    However, at some point in time Eva Galpern was

```
 1              NEU - AUGUST 11, 2011
 2   easily foresee a reason where if you had vector
 3   graphics versus static graphics, that the source
 4   code in how those graphics are produced may be
 5   indicative of whether it's infringing or not.  I
 6   can recall several video games where the
 7   graphics were produced in a random manner, which
 8   the graphics were therefore determined to be
 9   noninfringing because they were not necessarily
10   controlled as to their production by the way the
11   source code was written --
12        Q.    Okay, but you didn't need to see
13   the source code in connection with your
14   representation of XIO, correct?
15        A.    Not at this time.
16        Q.    Did you ever see the source code
17   for XIO's application?
18        A.    I did not.
19        Q.    And finally, in the very first
20   e-mail in this chain, or the last e-mail in this
21   chain which appears at the top of the page,
22   Desiree Golen attaches two screen shots of
23   TetraNet, which was the name of their
24   application at the time, correct?
25        A.    It appears so.
```