# EXHIBIT 2

```
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------x
TETRIS HOLDING, LLC, and THE
TETRIS COMPANY, LLC,
         Plaintiffs and,
         Counterclaim Defendant  Civil Action No.
         -against-               3:09-CV-6115
                                    (FLW)(DEA)
XIO INTERACTIVE,
         Defendant and
         Counterclaim Plaintiff.
------------------------------------x
                     August 11, 2011
                      11:23 a.m.
```

   Videotaped Deposition of JEFFREY C. NEU, taken by Plaintiff, pursuant to subpoena, at the offices of Kirkland & Ellis, LLP, 601 Lexington Avenue, New York, New York, before SUZANNE PASTOR, a Shorthand Reporter and Notary Public within and for the State of New York.

```
A P P E A R A N C E S:
   KIRKLAND & ELLIS LLP
   Attorneys for Plaintiffs and Counterclaim
   Defendants
        601 Lexington Avenue
        New York, New York 10022
   BY:    JOHANNA SCHMITT, ESQ.
          (212) 446-4841
          johanna.schmitt@kirkland.com


   DURIE TANGRI
   Attorneys for Defendant and Counterclaim
   Plaintiff
        217 Leidesdorff Street
        San Franscisco, California 94111

   BY:    SONALI D. MAITRA, ESQ.
          (415) 362-6666
          smaitra@durietangri.com


   KUZAS NEU
   Attorneys for the Witness
        318 Newman Springs Road
        Redbank, New Jersey 07701

   BY:    LUC ULMET, ESQ.
          (646) 351-1196
          luc.ulmet@kuzas.com


ALSO PRESENT:

   MICHAEL DAVIDSON, Videographer
```

```
 1                NEU - AUGUST 11, 2011
 2         Q.     Well, legal dispute?
 3                MS. MAITRA:  Objection; vague and
 4    to form.
 5         Q.     I'll ask the question.  Did
 6    Ms. Golen or anyone else related to XIO tell you
 7    in November 2008 that they were concerned that
 8    they would -- there would be a legal dispute
 9    with the Tetris Company over the app they were
10    developing?
11         A.     I believe that is what the e-mail
12    says, yes.  In Exhibit 10.  And thereby copied I
13    believe in 11 and 12.
14         Q.     And they engaged you as a lawyer,
15    correct?  Excuse me, and XIO engaged you as a
16    lawyer, correct?
17         A.     Could you define "engaged" for me?
18         Q.     They hired you to advise them, give
19    them legal advice.
20         A.     I agreed to represent them
21    pro bono.
22         Q.     You agreed to represent them
23    pro bono?
24         A.     Correct.
25         Q.     And part of your representation --
```