# EXHIBIT 4

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------x

TETRIS HOLDING, LLC, and THE TETRIS COMPANY, LLC,

Plaintiffs and,
Counterclaim Defendant

Civil Action No. 3:09-CV-6115 (FLW)(DEA)

-against-

XIO INTERACTIVE,

Defendant and
Counterclaim Plaintiff.

-----------------------------------x

August 11, 2011
11:23 a.m.

Videotaped Deposition of JEFFREY C. NEU, taken by Plaintiff, pursuant to subpoena, at the offices of Kirkland & Ellis, LLP, 601 Lexington Avenue, New York, New York, before SUZANNE PASTOR, a Shorthand Reporter and Notary Public within and for the State of New York.

A P P E A R A N C E S:

KIRKLAND & ELLIS LLP
Attorneys for Plaintiffs and Counterclaim Defendants
601 Lexington Avenue
New York, New York 10022
BY: JOHANNA SCHMITT, ESQ.
(212) 446-4841
johanna.schmitt@kirkland.com

DURIE TANGRI
Attorneys for Defendant and Counterclaim Plaintiff
217 Leidesdorff Street
San Franscisco, California 94111

BY: SONALI D. MAITRA, ESQ.
(415) 362-6666
smaitra@durietangri.com

KUZAS NEU
Attorneys for the Witness
318 Newman Springs Road
Redbank, New Jersey 07701

BY: LUC ULMET, ESQ.
(646) 351-1196
luc.ulmet@kuzas.com

ALSO PRESENT:

MICHAEL DAVIDSON, Videographer

NEU - AUGUST 11, 2011

Q. Is that because you were aware that the Tetris Company had taken action against other people who made games that looked like Tetris?

MS. MAITRA: Objection; vague.

A. I would clarify -- classify it differently, or characterize it differently in that I would classify it as any -- as far as my interpretation at the time, that the Tetris Company was very aggressive in its defense of its claims as to the game that they called Tetris.

Q. So you were aware that they took action against other game developers, correct?

A. Yes, that's true, yes. Uh-huh.

Q. Are you familiar with the game Pac-Man?

A. I am.

Q. And in Pac-Man there's a maze, correct?

A. Yes.

Q. If you changed the design of the maze in Pac-Man, would you consider that reskinning or changing the form and function?

NEU - AUGUST 11, 2011

MS. MAITRA: Objection. Incomplete hypothetical and outside the scope of this deposition.

A. I would consider that form and function.

Q. What if you changed the color of the ghosts?

A. I would consider that reskinning.

MS. MAITRA: Same objections. Sorry, can you give me a chance to say objections.

Q. What if you changed Pac-Man to Ms. Pac-Man?

MS. MAITRA: Same objections. Sorry.

Q. The character.

A. I would consider that reskinning.

Q. Do you think Pac-Man has the same function as the game Ms. Pac-Man in form and function?

MS. MAITRA: Same objection.

MR. ULMET: Objection.

Q. Are you familiar with the game Ms. Pac-Man?