# Exhibit 01

## to the Declaration of Johanna Schmitt, Esq. in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment









# Exhibit 02

## to the Declaration of Johanna Schmitt, Esq. in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment





2



3



4



**5**







7



**8**



9



10



# Exhibit 03

## to the Declaration of Johanna Schmitt, Esq. in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment









