# Exhibit 15

# to the Declaration of Johanna Schmitt, Esq. in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment



