# Exhibit 16

# to the Declaration of Johanna Schmitt, Esq. in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment



# Starting Up

1. Set up your Genesis System as described in its instruction manual. Plug in Control Pad 1. *(Sonic The Hedgehog is for one player only.)*

2. Make sure the power switch is OFF. Then insert the *Sonic The Hedgehog* cartridge into the console and press it down firmly.

3. Turn the power switch ON. In a few moments, the Sega screen appears.

4. Press Start when the Title screen appears.

**Important:** If the Sega screen doesn't appear, turn the power switch OFF. Make sure your system is set up correctly and the cartridge is properly inserted, with its label facing toward you. Then turn the power switch ON again. Always make sure the power switch is turned OFF before inserting or removing the Sega cartridge.



Genesis Cartridge

Genesis Control Pad 1

1

# Crush Dr. Robotnik!

Dr. Ivo Robotnik, the mad scientist, is snatching innocent animals and turning them into evil robots! Only one tough dude can put an end to the demented scientist's fiendish scheme. It's Sonic, the real cool hedgehog with the spiked haircut and power sneakers that give him super speed.



Help Sonic fight hordes of metal maniacs and do the loop with the Super Sonic Spin Attack. Speed down twisting tunnels and swing over dangerous booby traps. Leap across lava pits and dodge burning rocks. Then splash through the chilling waters in an underground cavern. And if you're lucky, you can warp to the secret zone where you spin around in a floating maze! Your greatest challenge lurks in a secret lab where you come face to face with Dr. Robotnik himself!

Spin through space, loop 'til you're dizzy, save the animals and become the super hero. Be Sonic! Be atomic!



# Take Control!

For best game play, learn the different button functions before you start.



Directional Button (D-Button)
Start Button
Button C
Button B
Button A

### Directional Button (D-Button)
- Press right or left to move Sonic in those directions. Press and hold in either direction to speed up.
- When Sonic is standing still, press up or down to see the top or bottom section of the screen. (This won't work if Sonic is already at the highest or lowest point.)

### Start Button
- Press to start the game.
- Press to pause the game; press again to resume play.

### Button A, B or C
- Press to perform the Super Sonic Spin Attack.

## Sonic's Super Stunts

- Press the D-Button down when Sonic's moving to bump off enemies with the Super Sonic Spin Attack.

- Press Button A, B or C to jump while performing the Super Sonic Spin Attack.

# Getting Started



When you turn the power on, the Title Screen appears. In a few moments, the demonstration game begins. Press the Start Button to return to the Title screen. Then press it again to start the game.

# Reach for the Rings!

As Sonic, you must evade traps and dodge crazed robots as you dash through six hazardous zones using your Super Sonic Spin Attack. Your goal is to rescue your friends from the nasty grasp of the demented scientist, Dr. Robotnik!



Staying alive will be tough, but you can grab Rings along the way. As long as you have Rings, you won't be hurt when you get attacked or touch an enemy. (But you will lose all your Rings.) If an enemy attacks when you don't have any Rings and are not using the Super Sonic Spin Attack, you will lose one chance to complete the game. (Even if you are using the Super Sonic Spin Attack, you'll lose one chance if something smashes you.)

You can keep track of the Rings you have, the chances you have left, and your score by looking at the counters on the screen.



1. Your present score.
2. Timer: It shows how much time has elapsed since you started the Act. You have ten minutes to clear each Act. If you go over ten minutes, a "TIME OVER" message will appear and you will lose one chance to complete the game. (The time is based on Game time and not on actual time.)
3. The number of Rings you have. When this number reaches zero, it will start flashing.
4. The number of chances Sonic has to get through the Act.

# Lampposts



You'll come across Lampposts in every Zone. Your present score and time will be recorded if you touch the Lamppost. If you die, you will continue the game from the Lamppost you touched. You will lose all your Rings, but you will start the game with the score and time that was recorded.

# Items for Survival

Smash open video monitors with the Super Sonic Spin Attack to get special items that help you defeat evil Dr. Robotnik!



**Super Ring:** Picking this up earns you ten Rings.

**Shield:** This prevents you from losing your Rings when you get attacked. Even if you don't have any Rings, you won't be hurt. (But it won't protect you from other obstacles.)





**Power Sneakers:** These sneakers make you run faster.

**One-Up:** This gives you one extra chance to complete the game.
**Note:** Picking up 100 Rings also earns you an extra chance.





**Invincible:** This temporarily keeps you safe when attacked by an enemy. (But it won't protect you from other obstacles.)



# Zip Through the Zones!

There are six action-packed zones, each with three exciting Acts. You'll square off against Dr. Robotnik at the end of every third Act.



**1. Green Hill Zone**
Go around the giant loop, tumble down tunnels, and jump over crumbling cliffs before you get a chance to blink. Bounce on Springboards but not on spikes. Ouch!



**2. Marble Zone**
Leap across pools of red-hot lava and shifting islands. Then find the way to the underground palace where massive weights and flying balls of fire block your path.



**3. Spring Yard Zone**
Jump from springs and bounce off bumpers as if you're in a real pinball machine.



**4. Labyrinth Zone**
Explore an intricate maze filled with water. A countdown begins to let you know when you are running out of oxygen. Breathing in air bubbles keeps you from drowning.





**5. Star Light Zone**
Speed through the stars like a roller coaster in a world that twists like a corkscrew.

**6. Scrap Brain Zone**
Slippery metal floors, razor-sharp saws and grinding wheels – now you're one step away from Dr. Robotnik's hideout!

# Secret Zone

If you collect a certain amount of Rings, you can warp to the Secret Zone where you'll ricochet off multi-colored blocks in a 360° rotating maze! There are six Secret Zones. In each Zone, your goal is to touch the Chaos Emerald.



Use the Super Sonic Spin Attack to bounce off different types of blocks. The Secret Zone is really a trap. You can only escape if you do either one of these things.

- Touch the Chaos Emerald.
- Touch the Goal.

# Blocks in the Secret Zone



**Bumper:** Bounce off these.



**Reverse:** When you touch this, the maze will rotate the opposite way.



**Goal:** This is the end of this zone. Touch this to return to the previous zone.



**1 Up:** Touch this for an extra chance to complete the game.



**Jump Stand:** Jump off these.



**Up:** When you touch this, the maze will rotate faster.



**Down:** When you touch this, the maze will rotate slower.



**Chaos Emeralds:** These come in six different colors: yellow, pink, blue, green, red and white. You'll find one in each Secret Zone. Collect all six of these!

# Game Over

You have three chances to complete the game. If you lose all three chances, the game ends.



# Continue

If Sonic is lucky enough to obtain a Continue, the Continue screen will appear after Sonic loses his last life. On this screen, press the Start Button before the timer expires to continue where Sonic lost his last life.

# Scoring

All enemies are worth 100 points. Defeating Dr. Robotnik at the end of Act 3 earns you 1,000 points. Both the Time Bonus and the Ring Bonus will be added to your final score.



**Time Bonus**
This bonus is based on how much time you took to clear one Act.

**Ring Bonus**
This bonus is determined by the number of Rings you have left at the end of an Act.

# Robotnik's Badniks



Chopper

Moto Bug



Crabmeat

Roller





## Sonic's Survival Tips

- Grab all the Rings you can.

- Watch the traps to see how they move. You'll have a better chance of dodging or escaping them. You might even try to burrow through them.

- Look for ways to get to places that seem impossible to reach.

- Use the Super Sonic Spin Attack to find hidden items.

- Look for secret rooms.

- Remember, there's a Time Bonus, so race through the Acts as fast as you can.

- Destroy enemies in succession for extra bonus points!

12                                                                                              13

## Scorebook

| Date  |  |  |  |
|-------|--|--|--|
| Name  |  |  |  |
| Score |  |  |  |

| Date  |  |  |  |
|-------|--|--|--|
| Name  |  |  |  |
| Score |  |  |  |

| Date  |  |  |  |
|-------|--|--|--|
| Name  |  |  |  |
| Score |  |  |  |

| Date  |  |  |  |
|-------|--|--|--|
| Name  |  |  |  |
| Score |  |  |  |

| Date  |  |  |  |
|-------|--|--|--|
| Name  |  |  |  |
| Score |  |  |  |

## Handling Your Cartridge

- The Sega Genesis Cartridge is intended for use exclusively for the Sega Genesis System.
- Do not bend it, crush it or submerge it in liquids.
- Do not leave it in direct sunlight or near a radiator or other source of heat.
- Be sure to take an occasional recess during extended play, to rest yourself and the Sega Cartridge.

**Warning to owners of projection televisions:** Still pictures or images may cause permanent picture-tube damage or mark the phosphor of the CRT. Avoid repeated or extended use of video games on large-screen projection televisions.

**FOR GAME PLAY ASSISTANCE, PLEASE CALL:
(415) 871-GAME**

## Limited Warranty

Sega of America, Inc., warrants to the original consumer purchaser that the Sega Genesis Cartridge shall be free from defects in material and workmanship for a period of ninety days from the date of purchase. If a defect covered by this limited warranty occurs during this 90-day warranty period, Sega will repair or replace the defective cartridge or component part, at its option, free of charge.

This limited warranty does not apply if the defects have been caused by negligence, accident, unreasonable use, modification, tampering, or any other causes not related to defective materials or workmanship. To receive warranty service, call the Sega Consumer Service Department at the following number:

**1-800-USA-SEGA**

DO NOT RETURN YOUR SEGA GENESIS CARTRIDGE TO YOUR RETAIL SELLER. Return cartridge to Sega Consumer Service. Please call first for further information.

If the Sega technician is unable to solve the problem by phone, we will provide you with instructions on returning your defective cartridge to us. The cost of returning the cartridge to Sega's Service Center shall be paid by the purchaser.

### Repairs After Expiration of Warranty

If your Sega Genesis Cartridge requires repairs after termination of the 90-day limited warranty period, you may contact the Sega Consumer Service Department at the number listed above. If the technician is unable to solve the problem by phone, he will advise you of the estimated cost of repair. If you elect to have the repair done, you will need to return the defective merchandise, freight prepaid and insured against loss or damage, to Sega's Service Center with an enclosed check or money order payable to Sega of America, Inc. for the amount of the cost estimate provided to you by the technician. If, after inspection, it is determined that your cartridge cannot be repaired, it will be returned to you and your payment will be refunded.

### Limitations on Warranty

Any applicable implied warranties, including warranties of merchantability and fitness for a particular purpose, are hereby limited to ninety days from the date of purchase and are subject to the conditions set forth herein. In no event shall Sega of America, Inc., be liable for consequential or incidental damages resulting from the breach of any express or implied warranties.

The provisions of this limited warranty are valid in the United States only. Some states do not allow limitations on how long an implied warranty lasts, or exclusion of consequential or incidental damages, so the above limitation or exclusion may not apply to you. This warranty provides you with specific legal rights. You may have other rights which vary from state to state.

# CASTLE OF ILLUSION™
## STARRING MICKEY MOUSE



The search is on! Mickey tackles magnificent lands where fantasy and danger become real. A waterspout whirls Mickey around. A frantic Toyland suddenly flips upside down. To stay on his feet, Mickey runs, leaps, and bounces, slinging apples and marbles at his enemies.



Mickey is on the trail of a wicked witch named Mizrabel, who has kidnapped Minnie. Mickey must find seven gems hidden in the fantastic chambers and underground mazes of Mizrabel's Castle of Illusion and use them to save Minnie.



Wobble with Mickey on floating leaves, but look out for spiders! Venture into a loony library where even the books attack! Then, get ready to challenge your most dangerous foe, the evil Witch Mizrabel herself!

© The Walt Disney Company.
All Rights Reserved.

Sega, Genesis and Sonic The Hedgehog are trademarks of Sega Enterprises, Ltd.
©1991 SEGA, 130 Shoreline Drive, Redwood City, CA 94065 Printed in Taiwan <672-0510-01>

Patents: U.S. Nos. 4,442,486 4,454,594 4,462,076; Europe No. 80244; Canada No. 1,183,276; Hong Kong No. 88-4302; Singapore No. 88-155; Japan No. 82-205605 (Pending)

Case 3:09-cv-06115-FLW-DEA   Document 52-8   Filed 10/25/11   Page 12 of 12 PageID: 2772