# Exhibit 17

**to the Declaration of Johanna Schmitt, Esq.
in Support of Plaintiffs' Opposition to
Defendant's Motion for Summary Judgment**

```
Type of Work:         Computer File

Registration Number / Date:
                      PA0000679242 / 1992-11-04

Title:                Aces of the Pacific.

Description:          Videogame.

Copyright Claimant:
                      Dynamix, Inc.

Date of Creation:  1991

Date of Publication:
                      1992-05-22

Authorship on Application:
                      audiovisual material and computer program: Dynamix, Inc.,
                         employer for hire.

Copyright Note:    C.O. correspondence.

Names:                Dynamix, Inc.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000629407 / 1993-03-18

Title:               Alice in Wonderland.

Imprint:             Los Angeles : Philips Interactive Media,  c1992.

Description:         CD-interactive + player handbook.

Notes:               Videogame.

Copyright Claimant:
                     Philips Interactive Media of America

Date of Creation:  1992

Date of Publication:
                     1992-11-03

Authorship on Application:
                     interactive audiovisual work, text & narration: Philips
                       Interactive Media of America, employer for hire.

Copyright Note:  C.O. correspondence.

Names:               Philips Interactive Media of America

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000197331 / 1983-12-22

Title:               Alpha beam.

Imprint:             [New York] : Children's Computer Workshop,  c1983.

Description:         1 videogame.

Notes:               Identifying material deposited in lieu of videogame.
                     Title on videocassette: Alpha beam with Ernie.

Copyright Claimant:
                     Children's Computer Workshop, Inc.

Copyright Notice:  notice on videocassette: C C W, Inc.

Date of Creation:  1983

Date of Publication:
                     1983-10-14

Authorship on Application:
                     Children's Computer Workshop, Inc./Atari, Inc., employers
                        for hire.

Basis of Claim:    New Matter: all audiovisual material except preexisting
                        Sesame Street Muppet characters.

Copyright Note:    C.O. correspondence.

Other Title:         Alpha beam with Ernie

Names:               Children's Computer Workshop, Inc.
                     Atari, Inc.

================================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PAu000584677 / 1983-11-18

Title:                 Anchorman.

Description:           1 videogame.

Notes:                 Identifying material deposited in lieu of videogame.

Copyright Claimant:
                       Harold Milton Kiefer

Date of Creation:  1983

Authorship on Application:
                       computer program text & audiovisual work: Harold Milton
                         Kiefer.

Copyright Note:    C.O. correspondence.

Names:                 Kiefer, Harold Milton, 1933-

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PAu000641145 / 1983-09-27

Title:               Apollo lander.

Description:         1 videogame.

Notes:               (With Mass obliteration et al.).
                     Identifying material (representative of 5 games) deposited
                        in lieu of game.

Copyright Claimant:
                     Garth Ingram

Date of Creation:  1983

Authorship on Application:
                     text of computer program, audiovisual work: Garth Ingram
                        (alias Tony Romer)

Copyright Note:    C.O. correspondence.

Names:               Ingram, Garth, 1954-

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000610713 / 1993-04-06

Title:               Ariel, the little mermaid.

Description:         Videogame.

Copyright Claimant:
                     Sega of America, Inc.

Date of Creation:    1992

Date of Publication:
                     1992-12-10

Previous Registration:
                     Characters preexisting.

Basis of Claim:      New Matter: all other audiovisual material, including
                        computer program.

Names:               Sega of America, Inc.

================================================================================
```

```
Type of Work:         Visual Material

Registration Number / Date:
                      PA0000143197 / 1982-06-03

Application Title: Epoch.

Title:                Astro command.

Description:          1 videogame.

Notes:                Deposit consists of 1 sound cassette, directions folder (8
                      p.) & description (11 p.) deposited in lieu of
                      videogame.

Copyright Claimant:
                      Epoch Company, Ltd.

Date of Creation:  1981

Date of Publication:
                      1982-01-30

Authorship on Application:
                      audiovisual work & text: Epoch Company, Ltd., employer for
                      hire.

Names:                Epoch Company, Ltd.

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000294666 / 1985-12-24

Title:               Astrosmash!.

Imprint:             Hawthorne, CA : Mattel,  c1981.

Description:         1 videogame + 1 instruction booklet (12 p.)

Notes:               Identifying material deposited in lieu of videogame.

Copyright Claimant:
                     Mattel, Inc.

Date of Creation:  1981

Date of Publication:
                     no later than 31Dec81

Authorship on Application:
                     audiovisual work, text, artwork: Mattel, Inc., employer for
                        hire.

Copyright Note:  C.O. correspondence.

Names:               Mattel, Inc.

===============================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0000496291 / 1990-11-05

Title:                 Ataxx.

Description:           1 videogame.

Copyright Claimant:
                       Leland Corporation

Date of Creation:  1990

Date of Publication:
                       1990-09-25

Authorship on Application:
                       audiovisual work & computer program: Leland Corporation,
                         employer for hire.

Names:                 Leland Corporation

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000238769 / 1985-01-16

Title:               Backgammon.

Imprint:             Hawthorne, CA : Mattel,  c1978.

Description:         1 videogame.

Notes:               Identifying material deposited in lieu of videogame.

Copyright Claimant:
                     Mattel, Inc.

Date of Creation:  1979

Date of Publication:
                     no later than 31Dec79

Date in Notice:    notice: 1978

Authorship on Application:
                     audiovisual work, text & artwork: Mattel, Inc., employer
                       for hire.

Copyright Note:    C.O. correspondence.

Names:               Mattel, Inc.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000518937 / 1990-10-29

Title:               Badlands.

Description:         1 videogame.

Copyright Claimant:
                     Atari Games Corporation

Date of Creation:  1989

Date of Publication:
                     1989-12-22

Authorship on Application:
                     text of computer program, audiovisual display and sounds:
                        Atari Games Corporation, employer for hire.

Copyright Note:    C.O. correspondence.

Names:               Atari Games Corporation

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000602980 / 1993-02-23

Title:               Balloon kid.

Edition:             Gameboy version.

Description:         Videogame.

Copyright Claimant:
                     Nintendo of America, Inc.

Date of Creation:  1990

Date of Publication:
                     1990-10-01

Authorship on Application:
                     audiovisual display incl. music and background sounds:
                       Nintendo Company, Ltd., employer for hire; program: Pax
                       Softnica, employer for hire.

Copyright Note:     C.O. correspondence.

Names:               Nintendo of America, Inc.
                     Nintendo Company, Ltd.
                     Pax Softnica

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0001616174 / 2007-09-06

Application Title: BATTLE CITY.

Title:               BATTLE CITY.

Description:         Videogame.

Notes:               Videocassette and computer printout (50 p.) deposited.
                     Videogame.

Copyright Claimant:
                     NAMCO BANDAI Games Inc.

Date of Creation: 1985

Date of Publication:
                     1985-06-21

Nation of First Publication:
                     Japan

Authorship on Application:
                     NAMCO BANDAI Games Inc. (former Namco Ltd.), employer for
                         hire; Domicile: Japan. Authorship: entire work.

Pre-existing Material:
                     TANK BATTALION.

Basis of Claim:      newly created audiovisual material and computer program.

Copyright Note:      C.O. correspondence.
                     Regarding deposit: see correspondence file.

Names:               NAMCO BANDAI Games Inc.
                     Namco Ltd.

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000612180 / 1993-03-05

Title:               Bazooka blitzkrieg.

Description:         Videogame.

Copyright Claimant:
                     Bandai America, Inc.

Date of Creation:  1992

Date of Publication:
                     1992-12-15

Authorship on Application:
                     audiovisual work not including computer program: Bandai
                        America, Inc., employer for hire.

Copyright Note:    C.O. correspondence.

Names:               Bandai America, Inc.

==============================================================================
```

```
Type of Work:         Computer File

Registration Number / Date:
                      PA0000730434 / 1994-12-08

Title:                Blockout.

Description:          Videogame.

Copyright Claimant:
                      Technos Japan Corporation

Date of Creation: 1990

Date of Publication:
                      1990-08-12

Authorship on Application:
                      computer program and audiovisual display: Technos Japan
                         Corporation, employer for hire.

Names:                Technos Japan Corporation

===============================================================================
```

```
Type of Work:         Computer File

Registration Number / Date:
                      PA0000529344 / 1991-07-09

Title:                Blue's journey.

Edition:              US version.

Description:          1 videogame.

Copyright Claimant:
                      SNK Corporation of America

Date of Creation:  1991

Date of Publication:
                      1991-05-24

Authorship on Application:
                      entire audiovisual work: SNK Corporation, employer for
                         hire.

Names:                SNK Corporation of America

================================================================================
```

Case 3:09-cv-06115-FLW-DEA   Document 52-9   Filed 10/25/11   Page 18 of 202 PageID: 2790

```
Type of Work:       Computer File

Registration Number / Date:
                    PA0000279726 / 1985-12-16

Title:              Bowling.

Imprint:            Hawthorne, Calif. : Mattel,  c1980.

Description:        1 videogame.

Notes:              Identifying material deposited in lieu of videogame.

Performer:          Presented by Mattel Electronics.

Copyright Claimant:
                    Mattel, Inc.

Date of Creation:  1980

Date of Publication:
                    no later than 31Dec80

Authorship on Application:
                    entire work (audiovisual work, text, artwork): Mattel,
                        Inc., employer for hire.

Copyright Note:     C.O. correspondence.

Names:              Mattel Electronics
                    Mattel, Inc.

================================================================================
```

```
Type of Work:      Computer File

Registration Number / Date:
                   PA0000175216 / 1983-06-09

Title:             Breakout.

Imprint:           Sunnyvale, CA. : Atari,  c1978.

Description:       12 videogames + 1 instruction booklet + 1 sticker.

Notes:             Deposit consists of 1 videocassette deposited in lieu of
                      videogame.

Language:          Instruction booklet in English & French.

Copyright Claimant:
                   Atari, Inc.

Date of Creation:  1978

Date of Publication:
                   1978-11-09

Authorship on Application:
                   Atari, Inc., employer for hire.

Previous Registration:
                   Preexisting material: arcade versions of Breakout pub. 1976
                      & Super Breakout pub. 1978.

Basis of Claim:    New Matter: "new sounds in audiovisual work & new artwork &
                      text on package & instructions."

Copyright Note:    C.O. correspondence.

Other Title:       Super Breakout

Names:             Atari, Inc.

==============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000661728 / 1992-08-25

Application Title: computer program including audiovisual displays, employer
                     for hire.

Title:               Castle of Dr. Brain.

Description:         Videogame.

Copyright Claimant:
                     Sierra On-Line, Inc.

Date of Creation:   1991

Date of Publication:
                     1991-10-31

Copyright Note:     C.O. correspondence.

Names:               Sierra On-Line, Inc.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000196858 / 1984-02-01

Title:               Chef.

Imprint:             [Japan] : Nintendo Co.,  c1981.

Description:         1 videogame + 1 instruction booklet (8 p.).

Series:              Game & Watch wide screen ; FP-24

Notes:               Identifying material deposited in lieu of videogame.

Copyright Claimant:
                     Nintendo of America, Inc.

Date of Creation:  1981

Date of Publication:
                     1981-09-04

Authorship on Application:
                     audio-visual display, box ill., instruction text & ill.:
                        Nintendo Company, Ltd., employer for hire.

Copyright Note:     C.O. correspondence.

Other Title:        Game & Watch wide screen ; FP-24

Names:               Nintendo of America, Inc.
                     Nintendo Company, Ltd.

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000280077 / 1985-11-27

Title:               Choplifter.

Description:         1 videogame.

Notes:               (With 1 Hang-on video game demo).
                     Identifying material deposited in lieu of videogame.

Copyright Claimant:
                     Sega Enterprises, Inc.

Date of Creation:    1985

Date of Publication:
                     1985-09-25

Authorship on Application:
                     audiovisual work recreated for coin-operated version: Sega
                        Enterprises, Ltd., employer for hire.

Previous Registration:
                     Home video game version prev. reg.

Basis of Claim:      New Matter: "coin-operated arcade version with changed
                        audio and graphics, with new game material added."

Copyright Note:      C.O. correspondence.

Names:               Sega Enterprises, Inc.
                     Sega Enterprises, Ltd.

==============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000188571 / 1983-11-09

Title:               Chopper command.

Imprint:             Mountain View, CA : Activision,  c1982.

Description:         1 videogame + 1 instruction folder (5 p.)

Notes:               Conceived and designed by Bob Whitehead.
                     Identifying material (5 p.) & 1 videocassette deposited in
                        lieu of videogame.

Copyright Claimant:
                     Activision, Inc.

Date of Creation:  1982

Date of Publication:
                     1982-05-24

Authorship on Application:
                     audiovisual work, text of computer program, pictorial
                        material, text: Activision, Inc., employer for hire.

Copyright Note:    C.O. correspondence.

Names:               Whitehead, Bob
                     Activision, Inc.

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PAu001348002 / 1989-09-19

Title:               Cobra triangle.

Description:         1 videogame.

Copyright Claimant:
                     Rare, Ltd.

Date of Creation:  1988

Authorship on Application:
                     audio visual work & computer program: Rare, Ltd., employer
                       for hire.

Copyright Note:    C.O. correspondence.

Names:               Rare, Ltd.

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0001121187 / 2003-04-09

Title:               Collapse!

Description:         Videogame.

Notes:               Printout only deposited.

Copyright Claimant:
                     GameHouse, Inc.

Date of Creation:  2000

Date of Publication:
                     2000-11-01

Authorship on Application:
                     computer program, audiovisual material: GameHouse, Inc.,
                        employer for hire.

Names:               GameHouse, Inc.

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000620952 / 1993-06-24

Title:               Columns II.

Description:         Videogame.

Copyright Claimant:
                     Sega Enterprises, Inc.

Date of Creation:  1990

Date of Publication:
                     1990-07-21

Authorship on Application:
                     Sega Enterprises, Ltd., employer for hire.

Previous Registration:
                     Columns preexisting.

Basis of Claim:      New Matter: new & additional audiovisual material and
                        computer programming text.

Names:               Sega Enterprises, Inc.
                     Sega Enterprises, Ltd.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000627282 / 1992-08-25

Title:               Conquests of Camelot.

Description:         Videogame.

Copyright Claimant:
                     Sierra On-Line, Inc.

Date of Creation:  1990

Date of Publication:
                     1990-03-26

Authorship on Application:
                     computer program including audiovisual displays: Sierra
                        On-Line, Inc., employer for hire.

Copyright Note:    C.O. correspondence.

Names:               Sierra On-Line, Inc.

==============================================================================
```

```
Type of Work:       Computer File

Registration Number / Date:
                    PA0000661726 / 1992-08-25

Application Title: computer program including audiovisual displays: Sierra
                    On-Line, Inc., employer for hire.

Title:              Conquests of the longbow.

Description:        Videogame.

Copyright Claimant:
                    Sierra On-Line, Inc.

Date of Creation:   1991

Date of Publication:
                    1991-11-20

Copyright Note:     C.O. correspondence.

Names:              Sierra On-Line, Inc.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000277562 / 1985-12-04

Title:               Countdown to Shutdown.

Imprint:             Mountain View, CA : Activision,  c1985.

Description:         1 videogame.

Notes:               For use with Commodore 64.
                     Identifying material deposited in lieu of videogame.

Copyright Claimant:
                     on audiovisual work, artwork & printed text; Activision,
                       Inc.

Date of Creation:  1985

Date of Publication:
                     1985-07-19

Authorship on Application:
                     entire audiovisual work, artwork & printed text:
                       Activision, Inc., employer for hire.

Copyright Note:      C.O. correspondence.

Names:               Activision, Inc.

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000189211 / 1983-11-14

Title:               Crackpots.

Imprint:             Mountain View, CA : Activision,  c1983.

Description:         1 videogame + 1 instruction folder (8 p.)

Notes:               Conceived and designed by Dan Kitchen.
                     Identifying material (4 p.) & 1 videocassette deposited in
                        lieu of videogame.

Copyright Claimant:
                     Activision, Inc.

Date of Creation:  1983

Date of Publication:
                     1983-07-25

Authorship on Application:
                     audiovisual work, text of computer program, artwork,
                        printed text: Activision, Inc., employer for hire.

Copyright Note:    C.O. correspondence.

Names:               Kitchen, Dan
                     Activision, Inc.

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000671004 / 1997-07-03

Title:               Cruis'n USA.

Edition:             N64 version.

Description:         Videogame.

Copyright Claimant:
                     Nintendo of America, Inc.

Date of Creation:  1996

Date of Publication:
                     1996-12-02

Authorship on Application:
                     Midway Home Entertainment, Inc., employer for hire.

Previous Registration:
                     Prev. reg. 1994, TX 3-639-567.

Basis of Claim:      New Matter: some new audio-visual materials; new program.

Names:               Nintendo of America, Inc.
                     Midway Home Entertainment, Inc.

==============================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     PA0000136473 / 1982-03-17

Title:               Crush, crumble, and chomp : the movie monster game.

Imprint:             [s.l. : s.n.],  c1981.

Description:         1 videogame.

Notes:               For Atari computer.
                     Deposit consists of 1 videocassette & description (1 p.)
                        deposited in lieu of videogame.

Copyright Claimant:
                     Jon Freeman

Copyright Notice:  notice: Automated Simulations

Date of Creation:  1981

Date of Publication:
                     1981-11-15

Authorship on Application:
                     audiovisual work: Jon Freeman.

Copyright Note:    C.O. correspondence.

Names:               Freeman, Jon, 1945-
                     Automated Simulations

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000421674 / 1989-08-02

Title:               Daisenpu.

Description:         1 videogame.

Notes:               Cataloged from appl.

Language:            Additional ti.: Twin hawk.

Copyright Claimant:
                     Taito Corporation

Date of Creation:  1989

Date of Publication:
                     1989-04-12

Authorship on Application:
                     entire audiovisual work: Kabushiki Kaisha Toa Plan,
                          employer for hire.

Copyright Note:    C.O. correspondence.

Other Title:       Twin hawk

Names:               Taito Corporation
                     Kabushiki Kaisha Toa Plan

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000189213 / 1983-11-22
                     Supplemented by: PA0000267386 / 1985-02-27

Title:               Decathlon.

Imprint:             Mountain View, CA : Activision,  c1983.

Description:         1 videogame + 1 instruction folder (8 p.)

Notes:               Title on instruction folder: The Activision Decathlon.
                     Conceived & designed by David Crane.
                     Identifying material (8 p.) & 1 videocassette deposited in
                        lieu of videogame.

Copyright Claimant:
                     Activision, Inc.

Date of Creation: 1983

Date of Publication:
                     1983-08-15

Authorship on Application:
                     audiovisual work, computer program text, artwork & printed
                        text: Activision, Inc., employer for hire.

Copyright Note:      C.O. correspondence.
                     See also Activision Decathlon; Reg. 27Feb85; PA 267-386

Other Title:         The Activision Decathlon

Names:               Crane, David
                     Activision, Inc.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000603855 / 1993-03-05

Title:               Desert Strike.

Description:         Videogame.

Notes:               For the SEGA Genesis system.

Copyright Claimant:
                     Electronic Arts, Inc.

Date of Creation:  1992

Date of Publication:
                     1992-03-31

Authorship on Application:
                     computer program incl. audiovisual material: Granite Bay
                         Software, employer for hire.

Copyright Note:    C.O. correspondence.

Names:               Electronic Arts, Inc.
                     Granite Bay Software

===============================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0000624019 / 1994-04-19

Title:                 Devil world (FCS)

Description:           Videogame.

Copyright Claimant:
                       Nintendo of America, Inc.

Date of Creation: 1984

Date of Publication:
                       1984-10-05

Authorship on Application:
                       audiovisual display, music, background sounds: Nintendo
                          Company, Ltd., employer for hire; audiovisual display,
                          program: Iwasaki Giken Kogyo Company, Ltd., employer for
                          hire.

Names:                 Nintendo of America, Inc.
                       Nintendo Company, Ltd.
                       Iwasaki Giken Kogyo Company, Ltd.

================================================================================
```

```
Type of Work:       Visual Material

Registration Number / Date:
                    PA0000143196 / 1982-06-03

Application Title: Epoch.

Title:              Dracula.

Description:        1 videogame.

Notes:              Deposit consists of 1 sound cassette, directions folder (6
                    p.) & description (10 p.) deposited in lieu of
                    videogame.

Copyright Claimant:
                    Epoch Company, Ltd.

Date of Creation:   1981

Date of Publication:
                    1982-01-18

Authorship on Application:
                    audiovisual work & text: Epoch Company, Ltd., employer for
                    hire.

Names:              Epoch Company, Ltd.

================================================================================
```

```
Type of Work:         Computer File

Registration Number / Date:
                      PA0001372500 / 2007-01-26

Title:                Dragon-Buster.

Description:          Videogame.

Copyright Claimant:
                      NAMCO BANDAI Games, Inc.

Date of Creation: 1985

Date of Publication:
                      1984-12-20

Authorship on Application:
                      audiovisual material and computer program : NAMCO BANDAI
                         Games, Inc. f.k.a. Namco, Ltd., employer for hire.

Copyright Note:    Cataloged from appl. only.

Names:                NAMCO BANDAI Games, Inc.
                      Namco, Ltd.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000254151 / 1985-07-25

Title:               Duck hunt.

Imprint:             [s.l.] : Nintendo,  c1985.

Description:         1 videogame.

Notes:               Title on housing: Vs. duck hunt.
                     Identifying material deposited in lieu of videogame.

Copyright Claimant:
                     Nintendo of America, Inc.

Date of Creation:  1985

Date of Publication:
                     1985-03-01

Authorship on Application:
                     audio-visual display: Nintendo Company, Ltd., employer for
                        hire.

Copyright Note:    C.O. correspondence.

Other Title:         Vs. duck hunt.

Names:               Nintendo of America, Inc.
                     Nintendo Company, Ltd.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0001230258 / 2004-02-24

Title:               Dungeons & Dragons : Heroes.

Imprint:             Atari : New York,  c2003.

Description:         CD-ROM.

Notes:               Videogame.
                     XBOX.
                     Based on the Dungeons & Dragons game.

Copyright Claimant:
                     Atari Interactive, Inc.

Date of Creation:  2003

Date of Publication:
                     2003-09-17

Authorship on Application:
                     entire audio-visual work: Atari Interactive, Inc., employer
                        for hire.

Variant title:       Dungeons & Dragons : Heroes.

Names:               Atari Interactive, Inc.

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000765904 / 1996-03-08

Application Title: M/SNS-MB-USA.

Title:               Earthbound.

Description:         Videogame.

Notes:               Super NES version.
                     Identifying material deposited in lieu of videogame.

Copyright Claimant:
                     Nintendo of America, Inc.

Date of Creation: 1994

Date of Publication:
                     1994-08-27

Authorship on Application:
                     audio-visual materials: Nintendo Company, Ltd. (employer
                        for hire), Akihiko Miura, Kouichi Oyama; program, visual
                        materials: HAL Laboratory, Inc. (employer for hire);
                        audio-visual materials, program: APE, Inc. (employer for
                        hire); visual materials: Kouichi Yamada, Makio Kataoka,
                        Hiroyuki Sakiyama ; music, program: Toshiyuki Ueno;
                        music: Moon Riders Office & Coverdy, Ltd., employers for
                        hire.

Names:               Miura, Akihiko
                     Oyama, Kouichi
                     Yamada, Kouichi
                     Kataoka, Makio
                     Sakiyama, Hiroyuki
                     Ueno, Toshiyuki
                     Nintendo of America, Inc.
                     Nintendo Company, Ltd.
                     HAL Laboratory, Inc.
                     APE, Inc.
                     Moon Riders Office
                     Coverdy, Ltd.

==============================================================================
```

```
Type of Work:         Computer File

Registration Number / Date:
                      PA0000516215 / 1991-06-13

Application Title: ElDorado.

Title:                El Dorado.

Description:          1 videogame.

Copyright Claimant:
                      Dyna Company, Ltd.

Date of Creation:  1991

Date of Publication:
                      1991-04-17

Authorship on Application:
                      audiovisual work, computer program: Dyna Company, Ltd.,
                         employer for hire.

Names:                Dyna Company, Ltd.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000294662 / 1985-12-24

Title:               Electric Company Math Fun.

Imprint:             Hawthorne, CA : Mattel,  c1979.

Description:         1 videogame + 1 instruction booklet (12 p.)

Notes:               Identifying material (entitled Math Fun) deposited in lieu
                        of videogame.

Copyright Claimant:
                     Mattel, Inc.

Date of Creation:  1979

Date of Publication:
                     no later than 31Dec79

Authorship on Application:
                     audiovisual work, text, artwork: Mattel, Inc., employer for
                        hire.

Copyright Note:    C.O. correspondence.

Other Title:         Math Fun

Names:               Mattel, Inc.

===============================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0000553756 / 1992-01-17

Title:                 Fatal fury.

Edition:               US version.

Description:           Videogame.

Copyright Claimant:
                       SNK Corporation of America

Date of Creation:      1991

Date of Publication:
                       1991-11-25

Authorship on Application:
                       audiovisual work: SNK Corporation, employer for hire.

Names:                 SNK Corporation of America
                       SNK Corporation

============================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0000421673 / 1989-08-02

Title:                 Final blow.

Description:           1 videogame.

Notes:                 Cataloged from appl.

Copyright Claimant:
                       Taito Corporation

Date of Creation:  1988

Date of Publication:
                       1988-12-10

Authorship on Application:
                       entire audiovisual work: Taito Corporation, employer for
                          hire.

Copyright Note:    C.O. correspondence.

Names:                 Taito Corporation

===============================================================================
```

Case 3:09-cv-06115-FLW-DEA   Document 52-9   Filed 10/25/11   Page 46 of 202 PageID: 2818

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0001711041 / 2010-02-03

Application Title: FINAL FANTASY XIII (Japanese Language Version)

Title:               FINAL FANTASY Crystal Chronicles The Crystal Bearers.

Edition:             Japanese Language Version

Description:         CD-ROM.

Notes:               Videogame for Wii.

Copyright Claimant:
                     Kabushiki Kaisha Square Enix

Date of Creation:  2009

Date of Publication:
                     2009-12-17

Nation of First Publication:
                     Japan

Authorship on Application:
                     Kabushiki Kaisha Square Enix employer for hire; Domicile:
                        Japan; Citizenship: Japan. Authorship: Entire audio
                        visual work and text embodied in video game, and
                        pictorial images and text depicted in user's guide.

Names:               Kabushiki Kaisha Square Enix
                     Square Enix Co., Ltd.

===============================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     PA0000136948 / 1982-04-26

Title:               Fire.

Imprint:             [Japan] : Nintendo,  c1981.

Description:         1 videogame + 1 instruction booklet (8 p.)

Series:              Game & Watch--wide screen ; FR-27

Notes:               73 slides & description deposited in lieu of videogame
                        element.

Copyright Claimant:
                     Nintendo of America, Inc.

Date of Creation:  1981

Date of Publication:
                     1981-12-04

Authorship on Application:
                     audiovisual work, text & some box ill.: Nintendo Company,
                        Ltd., employer for hire.

Previous Registration:
                     Preexisting material: cartoon character ill.

Basis of Claim:      New Matter: "audiovisual work, textual instructions, and
                        some box ill."

Other Title:         Game & Watch--wide screen ; FR-27

Names:               Nintendo of America, Inc.
                     Nintendo Company, Ltd.

================================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0000452607 / 1989-12-19

Title:                 Fire shark.

Description:           1 videogame.

Copyright Claimant:
                       Toaplan Company, Ltd.

Date of Creation:  1989

Date of Publication:
                       1989-11-02

Authorship on Application:
                       audiovisual work: Toaplan Company, Ltd., employer for hire.

Copyright Note:    C.O. correspondence.

Names:                 Toaplan Company, Ltd.

===============================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0000596270 / 1992-07-31

Title:                 Fixeight.

Description:           Videogame.

Copyright Claimant:
                       Toaplan Company, Ltd.

Date of Creation:   1992

Date of Publication:
                       1992-06-10

Authorship on Application:
                       audiovisual work, excluding computer program: Toaplan
                          Company, Ltd., employer for hire.

Copyright Note:     C.O. correspondence.

Names:                 Toaplan Company, Ltd.

==============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000421672 / 1989-08-02

Title:               Flipull.

Description:         1 videogame.

Notes:               Cataloged from appl.
                     Additional ti.: Plotting.

Copyright Claimant:
                     Taito Corporation

Date of Creation:  1989

Date of Publication:
                     1989-03-18

Authorship on Application:
                     entire audiovisual work: Taito Corporation, employer for
                        hire.

Copyright Note:    C.O. correspondence.

Other Title:         Plotting

Names:               Taito Corporation

================================================================================
```

```
Type of Work:       Visual Material

Registration Number / Date:
                    PA0000120804 / 1981-10-30

Title:              [Galaxy II].

Imprint:            [s.l. : s.n.],  c1981.

Description:        1 videogame.

Notes:              Title from appl.; variant title on appl.: Epoch's Galaxy
                       II.
                    1 sound cassette, 1 photo. & other identifying material
                       deposited in lieu of videogame.

Copyright Claimant:
                    Epoch Company, Ltd.

Date of Creation:  1980

Date of Publication:
                    1981-02-05

Authorship on Application:
                    "entire audiovisual work": Epoch Company, Ltd., employer
                       for hire.

Previous Registration:
                    Nation of 1st publication stated on appl.: West Germany.

Copyright Note:    C.O. correspondence.

Other Title:       Epoch's Galaxy II.

Names:             Epoch Company, Ltd.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PAu000624522 / 1984-04-27

Title:               Gandalf, the sorcerer.

Description:         1 videogame.

Notes:               Identifying material deposited in lieu of videogame.

Copyright Claimant:
                     Game Gems, Inc.

Date of Creation:  1984

Authorship on Application:
                     entire audiovisual work: Gregory S. Carbonaro.

Names:               Carbonaro, Gregory S., 1956-
                     Game Gems, Inc.

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PAu000641143 / 1984-03-28

Title:               Garden snake.

Description:         1 videogame.

Notes:               (With Mass obliteration et al.).
                     Identifying material (representative of 5 games) deposited
                        in lieu of game.

Copyright Claimant:
                     Garth Ingram

Date of Creation:    1983

Authorship on Application:
                     text of computer program, text of documentation,
                        audiovisual work: Garth Ingram (pseudonymously Tony
                        Romer)

Previous Registration:
                     Preexisting material: Viper by Ben & Casey Gardner.

Basis of Claim:      New Matter: "new computer program text, documentation &
                        some new audiovisual elements."

Copyright Note:      C.O. correspondence.

Other Title:         Viper

Names:               Ingram, Garth, 1954-
                     Gardner, Ben
                     Gardner, Casey

===============================================================================
```

```
Type of Work:      Computer File

Registration Number / Date:
                   PA0000290824 / 1985-09-23

Title:             Ghostbusters.

Imprint:           Mountain View, CA : Activision,  c1984.

Description:       1 videogame.

Notes:             For use with Commodore 64.
                   Identifying material deposited in lieu of game.

Copyright Claimant:
                   Activision, Inc.

Date of Creation:  1984

Date of Publication:
                   1984-10-26

Authorship on Application:
                   entire audiovisual work, artwork, printed text: Activision,
                      Inc., employer for hire.

Names:             Activision, Inc.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000815731 / 1997-08-28

Application Title: NUS-NGEE-USA.

Title:               Goldeneye 007.

Edition:             N64 version.

Description:         Videogame.

Copyright Claimant:
                     Nintendo of America, Inc., Rare, Ltd.

Date of Creation:  1997

Date of Publication:
                     1997-08-25

Authorship on Application:
                     audio-visual materials and computer program: Rare, Ltd.,
                         employer for hire.

Previous Registration:
                     Motion picture prev. reg. 1996, PA 767-549.

Basis of Claim:      New Matter: audio-visual work; program.

Names:               Nintendo of America, Inc.
                     Rare, Ltd.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000610709 / 1993-04-06

Title:               Greendog.

Description:         Videogame.

Copyright Claimant:
                     Sega of America, Inc.

Date of Creation:  1992

Date of Publication:
                     1992-08-08

Previous Registration:
                     Character preexisting.

Basis of Claim:      New Matter: all other audiovisual material, including
                        computer program.

Copyright Note:      C.O. correspondence.

Names:               Sega of America, Inc.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000197330 / 1984-01-03

Title:               Grover's number rover.

Imprint:             [New York] : Children's Computer Workshop,  c1983.

Description:         1 videogame.

Notes:               Identifying material deposited in lieu of videogame.

Copyright Claimant:
                     Children's Computer Workshop, Inc.

Copyright Notice:    notice on videocassette: C C W, Inc.

Date of Creation:    1983

Date of Publication:
                     1983-12-27

Authorship on Application:
                     Children's Computer Workshop, Inc., employer for hire.

Basis of Claim:      New Matter: all audiovisual material except preexisting
                        Sesame Street Muppet characters.

Copyright Note:      C.O. correspondence.

Names:               Children's Computer Workshop, Inc.
                     CCW, Inc.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0001334017 / 2007-07-02

Title:               Guitar Hero II.

Description:         Videogame.

Notes:               For XBOX 360.
                     Videodisc (DVD) also deposited.

Copyright Claimant:
                     Activision Publishing, Inc.

Date of Creation:  2007

Date of Publication:
                     2007-04-03

Authorship on Application:
                     printed text and artwork & audiovisual work: RedOctane,
                        Inc., employer for hire.

Previous Registration:
                     Sony PlayStation versions preexisting.

Basis of Claim:    New Matter: new audiovisual material, artwork, text, new
                        manual, package & artwork of characters.

Names:               Activision Publishing, Inc.
                     RedOctane, Inc.

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000299455 / 1986-09-26

Title:               Gumshoe.

Edition:             N E S version.

Imprint:             [S.l.] : Nintendo,  c1986.

Description:         1 videogame.

Notes:               Variant ti.: N E S gumshoe.
                     Identifying material deposited in lieu of videogame.

Copyright Claimant:
                     Nintendo of America, Inc.

Date of Creation:  1986

Date of Publication:
                     1986-08-25

Authorship on Application:
                     audiovisual display: Nintendo Company, Ltd., employer for
                        hire.

Previous Registration:
                     Some audio & visual display prev. reg. 1986, PA 297-001.

Basis of Claim:      New Matter: "some new audio display; some new visual
                        display."

Other Title:         N E S gumshoe.

Names:               Nintendo of America, Inc.
                     Nintendo Company, Ltd.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000441184 / 1989-12-11

Title:               Hard drivin'.

Description:         1 videogame.

Copyright Claimant:
                     Atari Games Corporation

Date of Creation:  1989

Date of Publication:
                     1989-02-12

Authorship on Application:
                     text of computer program, audiovisual display, and sounds:
                        Atari Games Corporation, employer for hire.

Names:               Atari Games Corporation

===============================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0000523395 / 1991-05-02

Title:                 Hard Head 2.

Description:           1 videogame.

Copyright Claimant:
                       SUNA Electronics Ind. Company, Ltd.

Date of Creation:  1991

Date of Publication:
                       1991-03-01

Authorship on Application:
                       audiovisual material & computer program: SUNA Electronics
                          Ind. Company, Ltd., employer for hire.

Copyright Note:    C.O. correspondence.

Names:                 SUNA Electronics Ind. Company, Ltd.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000279725 / 1985-12-17

Title:               Boxing.

Imprint:             Hawthorne, Calif. : Mattel,  c1980.

Description:         1 videogame.

Notes:               Identifying material deposited in lieu of videogame.

Performer:           Presented by Mattel Electronics.

Copyright Claimant:
                     Mattel, Inc.

Date of Creation:  1980

Date of Publication:
                     no later than 31Dec80

Authorship on Application:
                     entire work (audiovisual work, text, artwork): Mattel,
                         Inc., employer for hire.

Copyright Note:      C.O. correspondence.

Names:               Mattel Electronics
                     Mattel, Inc.

===============================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0000722429 / 1994-11-02

Title:                 The horde.

Description:           Videogame.

Copyright Claimant:
                       Crystal Dynamics (Antilles) NV

Date of Creation:  1993

Date of Publication:
                       1994-03-10

Authorship on Application:
                       audiovisual work & computer program: Crystal Dynamics,
                         Inc., employer for hire.

Copyright Note:    C.O. correspondence.

Names:             Crystal Dynamics (Antilles) NV
                   Crystal Dynamics, Inc.

=============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000294663 / 1985-12-24

Title:               Horse racing.

Imprint:             Hawthorne, CA : Mattel,  c1980.

Description:         1 videogame + 1 instruction booklet (20 p.)

Notes:               Identifying material deposited in lieu of videogame.

Copyright Claimant:
                     Mattel, Inc.

Date of Creation:  1978

Date of Publication:
                     no later than 31Dec79

Authorship on Application:
                     audiovisual work, text, artwork: Mattel, Inc., employer for
                        hire.

Copyright Note:    C.O. correspondence.

Names:               Mattel, Inc.

================================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000661738 / 1992-08-25

Title:               Hoyle's III.

Description:         Videogame.

Copyright Claimant:
                     Sierra On-Line, Inc.

Date of Creation:  1991

Date of Publication:
                     1991-11-02

Authorship on Application:
                     computer program, including audiovisual displays: Sierra
                        On-Line, Inc., employer for hire.

Copyright Note:    C.O. correspondence.

Names:               Sierra On-Line, Inc.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0001005321 / 1999-10-08

Title:               Intelligent Qube.

Edition:             US version.

Description:         Videogame.

Copyright Claimant:
                     Sony Computer Entertainment, Inc.

Date of Creation:  1997

Date of Publication:
                     1998-01-14

Previous Registration:
                     Japanese version preexisting.

Basis of Claim:    New Matter: new audio/visual displays.

Copyright Note:    C.O. correspondence.

Names:               Sony Computer Entertainment, Inc.

===============================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0000627276 / 1992-08-25

Title:                 Jones in the fast lane.

Description:           Videogame.

Copyright Claimant:
                       Sierra On-Line, Inc.

Date of Creation:  1990

Date of Publication:
                       1990-10-19

Authorship on Application:
                       computer program including audiovisual displays: Sierra
                          On-Line, Inc., employer for hire.

Copyright Note:    C.O. correspondence.

Names:                 Sierra On-Line, Inc.

==============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000583924 / 1992-12-18

Title:               Jordan vs. Bird.

Description:         Videogame.

Copyright Claimant:
                     Electronic Arts, Inc.

Date of Creation:  1992

Date of Publication:
                     1992-04-01

Authorship on Application:
                     computer program incl. audiovisual material: Electronic
                        Arts, Inc., (employer for hire), Michael Abbott, Jay
                        Zimmerman.

Copyright Note:      C.O. correspondence.

Names:               Abbott, Michael
                     Zimmerman, Jay
                     Electronic Arts, Inc.
                     Electronic Arts, Inc.

================================================================================
```

```
Type of Work:      Computer File

Registration Number / Date:
                   PA0000769630 / 1995-08-17

Title:             Jungle Strike.

Description:       Videogame.

Notes:             For the Sega Genesis system.

Copyright Claimant:
                   Electronic Arts, Inc.

Date of Creation:  1993

Date of Publication:
                   1993-07-12

Authorship on Application:
                   computer program including audiovisual materials:
                     Electronic Arts, Inc., & Granite Bay Software, Inc.,
                     employers for hire.

Previous Registration:
                   Pre-existing code and audiovisual material prev. reg. 1993,
                     PA 603-855.

Basis of Claim:    New Matter: new code and audiovisual material.

Names:             Electronic Arts, Inc.
                   Granite Bay Software, Inc.

===============================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PAu000641146 / 1983-09-27

Title:                 Kaleidoscope.

Description:           1 videogame.

Notes:                 (With Mass obliteration et al.).
                       Identifying material (representative of 5 games) deposited
                          in lieu of game.

Copyright Claimant:
                       Garth Ingram

Date of Creation:  1983

Authorship on Application:
                       text of computer program, audiovisual work: Garth Ingram
                          (alias Tony Romer)

Copyright Note:    C.O. correspondence.

Names:                 Ingram, Garth, 1954-

=============================================================================
```

```
Type of Work:         Computer File

Registration Number / Date:
                      PA0000529345 / 1991-07-09

Title:                King of the monsters.

Edition:              US version.

Description:          1 videogame.

Copyright Claimant:
                      SNK Corporation of America

Date of Creation:  1991

Date of Publication:
                      1991-05-24

Authorship on Application:
                      entire audiovisual work: SNK Corporation, employer for
                         hire.

Names:                SNK Corporation of America

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PAu001776754 / 1992-12-16

Title:               King poker.

Description:         Videogame.

Copyright Claimant:
                     CARDCO

Date of Creation: 1992

Authorship on Application:
                     Robert Bridgeman, James Bridgeman, and Nancy Bridgeman.

Previous Registration:
                     Some computer program text, and some audiovisual display
                        prev. reg.

Basis of Claim:      New Matter: computer program text, and audiovisual display.

Copyright Note:      C.O. correspondence.

Names:               Bridgeman, Robert
                     Bridgeman, James
                     Bridgeman, Nancy
                     CARDCO

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000627274 / 1992-08-25

Title:               King's quest V.

Description:         Videogame.

Copyright Claimant:
                     Sierra On-Line, Inc.

Date of Creation:  1990

Date of Publication:
                     1990-11-09

Authorship on Application:
                     computer program including audiovisual displays: Sierra
                        On-Line, Inc., employer for hire.

Copyright Note:    C.O. correspondence.

Names:               Sierra On-Line, Inc.

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000644571 / 1993-10-05

Title:               Kirby's adventure.

Edition:             NES.

Description:         Videogame.

Copyright Claimant:
                     Nintendo of America, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-03-03

Authorship on Application:
                     audio-visual display: Nintendo Company, Ltd., employer for
                        hire; music, program, audio-visual display: HAL
                        Laboratory, Inc., employer for hire; program,
                        audio-visual display: Nintendo of America, employer for
                        hire.

Basis of Claim:    New Matter: some new audio-visual display, some new
                     program, some revisions to preexisting program.

Names:               Nintendo Company, Ltd.
                     HAL Laboratory, Inc.
                     Nintendo of America

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000570671 / 1992-02-27

Title:               Knights of the round.

Description:         1 videogame.

Notes:               Cataloged from appl.

Copyright Claimant:
                     CapCom Company, Ltd.

Date of Creation:  1991

Date of Publication:
                     1992-01-24

Authorship on Application:
                     computer program and audiovisual display: CapCom Company,
                        Ltd., employer for hire.

Copyright Note:      C.O. correspondence.

Names:               CapCom Company, Ltd.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000402028 / 1989-03-09

Title:               Kurikinton.

Description:         1 videogame.

Copyright Claimant:
                     Taito Corporation

Date of Creation:  1988

Date of Publication:
                     1988-03-25

Authorship on Application:
                     entire audiovisual work: Taito Corporation, employer for
                        hire.

Names:               Taito Corporation

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000196857 / 1984-02-01

Title:               Lifeboat.

Imprint:             [Japan] : Nintendo Co.,  c1983.

Description:         1 videogame + 1 instruction booklet (12 p.)

Series:              Game & Watch multi screen ; TC-58

Notes:               Identifying material deposited in lieu of videogame.

Copyright Claimant:
                     Nintendo of America, Inc.

Date of Creation:  1983

Date of Publication:
                     1983-10-27

Authorship on Application:
                     audio-visual display, box ill., case ill., instruction text
                        & ill.: Nintendo Company, Ltd., employer for hire.

Copyright Note:    C.O. correspondence.

Other Title:         Game & Watch multi screen ; TC-58

Names:               Nintendo of America, Inc.
                     Nintendo Company, Ltd.

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000187508 / 1983-10-14

Title:               Little casino.

Imprint:             Norcross, Ga. : Digital Controls,  c1983.

Description:         1 videogame.

Notes:               2 videocassettes & descriptions (2 v.) deposited in lieu of
                        b & w and col. versions of videogame.
                     Title on videocassette housing & container of col. version:
                        Little casino II; title on videocassette housing &
                        container of b & w version: Four game b & w Little
                        casino.

Copyright Claimant:
                     Digital Controls, Inc.

Date of Creation:  1982

Date of Publication:
                     1982-08-01

Authorship on Application:
                     "material added to preexisting work": Digital Controls,
                        Inc., employer for hire.

Previous Registration:
                     3 game b & w version prev. reg. 1983, PA 174-637.

Basis of Claim:    New Matter: "new audiovisual elements, including color and
                        new sounds for all four games."

Copyright Note:    C.O. correspondence.

Other Title:         Little casino II
                     Four gameb&w Little casino

Names:               Digital Controls, Inc.
                     Digital Controls, Inc.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000793406 / 1995-11-13

Application Title: Lucky81.c.

Title:               Lucky 8-line.

Description:         Videogame.

Notes:               Videocassette & printout (86 p.) only deposited.

Copyright Claimant:
                     Spielo Manufacturing, Inc.

Date of Creation:  1990

Date of Publication:
                     1991-02-01

Authorship on Application:
                     computer program incl. audiovisual material: Quarter
                        Amusements, Ltd., & CADMI
                        Microelectronics/Microelectronique, Inc., employers for
                        hire.

Previous Registration:
                     Computer program prev. reg. 1989, TX 2-621-904.

Basis of Claim:     New Matter: revisions & additions to computer program.

Names:               Spielo Manufacturing, Inc.
                     Quarter Amusements, Ltd.
                     CADMI Microelectronics/Microelectronique, Inc.

===============================================================================
```

```
Type of Work:         Computer File

Registration Number / Date:
                      PA0000482443 / 1990-08-03

Title:                Lucky 90.

Description:          1 videogame.

Copyright Claimant:
                      Wing Company, Ltd.

Date of Creation:  1989

Date of Publication:
                      1989-11-01

Authorship on Application:
                      audiovisual work & program: Wing Company, Ltd., employer
                        for hire.

Copyright Note:    C.O. correspondence.

Names:                Wing Company, Ltd.

===============================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0000483138 / 1990-09-20

Title:                 Magician Lord.

Description:           1 videogame.

Copyright Claimant:
                       SNK Corporation of America

Date of Creation:  1990

Date of Publication:
                       1990-06-13

Authorship on Application:
                       "entire audiovisual work": Alpha Denshi Company, Ltd.,
                           employer for hire.

Names:                 SNK Corporation of America
                       Alpha Denshi Company, Ltd.

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000273028 / 1986-01-17
                     Supplemented by: PA0000547457 / 1990-10-10

Application Title: Mario's adventure.

Title:               Super Mario Bros.

Imprint:             [Japan] : Nintendo,  c1985.

Description:         1 videogame.

Notes:               Identifying material deposited in lieu of videogame.

Copyright Claimant:
                     Nintendo of America, Inc.

Date of Creation:  1985

Date of Publication:
                     1985-09-14

Authorship on Application:
                     audio-visual display: Nintendo Company, Ltd., employer for
                        hire.

Copyright Note:      See also Mario's adventure; Reg. 10Oct90; PA 547-457

Other Title:         Super Mario Brothers.

Names:               Nintendo of America, Inc.
                     Nintendo Company, Ltd.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0001661937 / 2009-08-28

Application Title: MARIO KART Wii.

Title:               MARIO KART Wii.

Description:         Videogame.

Notes:               DVD, CD and computer printout (50 p.) deposited.

Copyright Claimant:
                     Nintendo of America Inc., Transfer: By written agreement.

Date of Creation:  2008

Date of Publication:
                     2008-04-10

Nation of First Publication:
                     Japan

Authorship on Application:
                     Nintendo Co., Ltd., employer for hire. Authorship: Audio
                        Visual work and computer program; music.

Alternative Title on Application:
                     RVL-RMCJ-JPN

Previous Registration:
                     1992, PA 593-952.
                     1997, PA 784-315.

Pre-existing Material:
                     Prior version.

Basis of Claim:     AudioVisual work and computer program; music.

Names:               Nintendo of America Inc.
                     Nintendo Co., Ltd.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000571160 / 1992-06-29

Application Title: Game Boy Mega Man II.

Title:               Mega Man II.

Description:         1 videogame.

Copyright Claimant:
                     Capcom Company, Ltd.

Date of Creation:  1991

Date of Publication:
                     1992-02-14

Previous Registration:
                     Portions prev. reg. 1987, PAu 1-017-404.

Basis of Claim:    New Matter: "some new audio visual artwork and some new
                       computer program text."

Names:               Capcom Company, Ltd.

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000189212 / 1983-11-22
                     Supplemented by: PA0000267385 / 1985-02-27

Title:               MegaMania.

Imprint:             Mountain View, CA : Activision,  c1982.

Description:         1 videogame + 1 instruction folder (6 p.)

Notes:               Conceived & designed by Steve Cartwright.
                     Identifying material (5 p.) & 1 videocassette deposited in
                        lieu of videogame.

Copyright Claimant:
                     Activision, Inc.

Date of Creation:  1982

Date of Publication:
                     1982-09-24

Authorship on Application:
                     audiovisual work, computer program text, artwork & printed
                        text: Activision, Inc., employer for hire.

Copyright Note:    C.O. correspondence.
                     See also MegaMania; Reg. 27Feb85; PA 267-385

Names:               Cartwright, Steve
                     Activision, Inc.

================================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0000547461 / 1990-10-10
                       Supplement to: PA0000356142 / 1988

Title:                 Metroid.  By Nintendo Company, Ltd.

Notes:                 C.O. corres.

Copyright Claimant:
                       Nintendo of America, Inc.

Authorship on Application:
                       graphics, music & sounds combined to form the audiovisual
                         display: Nintendo Company, Ltd.

Supplement to Registration:
                       PA 356-142, 1988

Variant title:         Metroid.

Names:                 Nintendo Company, Ltd.
                       Nintendo of America, Inc.


==============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000205484 / 1984-02-24

Title:               Micro Mother Goose.

Imprint:             Columbus, OH : Software Productions,  c1982.

Description:         1 videogame.

Notes:               Identifying material deposited in lieu of videogame.

Copyright Claimant:
                     Software Productions

Date of Creation:  1982

Date of Publication:
                     1982-11-25

Authorship on Application:
                     visual images & sounds: Software Productions, employer for
                        hire.

Previous Registration:
                     Preexisting material: text and music to nursery rhyme.

Basis of Claim:      New Matter: "all other audiovisual elements."

Copyright Note:      C.O. correspondence.

Names:               Software Productions

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000682737 / 1993-01-08

Title:               Millie's math house.

Edition:             Mac version.

Description:         Videogame.

Copyright Claimant:
                     Edmark Corporation

Date of Creation:  1992

Date of Publication:
                     1992-09-09

Authorship on Application:
                     computer program and accompanying manual, audiovisual
                        material: Edmark Corporation, employer for hire.

Copyright Note:    C.O. correspondence.

Names:               Edmark Corporation

===============================================================================
```

```
Type of Work:      Visual Material

Registration Number / Date:
                   PA0000168302 / 1982-12-27

Title:             Millipede.

Imprint:           [s.l. : s.n.],  c1982.

Description:       1 videogame.

Notes:             1 videocassette & description (3 p.) deposited in lieu of
                      videogame.

Copyright Claimant:
                   Atari, Inc.

Date of Creation:  1982

Date of Publication:
                   1982-11-12

Authorship on Application:
                   Atari, Inc., employer for hire.

Previous Registration:
                   Prev. reg. as Centipede, 1981, PA 108-068.

Basis of Claim:    New Matter: "new and rev. artwork; rev. ordering,
                      sequencing and movement of audiovisual images."

Copyright Note:    C.O. correspondence.

Other Title:       Centipede

Names:             Atari, Inc.

=============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000290820 / 1985-09-23

Title:               Mindshadow.

Imprint:             Mountain View, CA : Activision,  c1984.

Description:         1 videogame.

Notes:               For use with Commodore 64.
                     Identifying material deposited in lieu of game.

Copyright Claimant:
                     Activision, Inc.

Date of Creation:  1984

Date of Publication:
                     1984-12-12

Authorship on Application:
                     entire audiovisual work, artwork, printed text: Activision,
                       Inc., employer for hire.

Names:               Activision, Inc.

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000179032 / 1983-08-04

Title:               Missile Command.

Imprint:             Sunnyvale, CA. : Atari,  c1981.

Description:         1 videogame.

Notes:               1 videocassette & descriptive material deposited in lieu of
                        videogame.

Copyright Claimant:
                     Atari, Inc.

Date of Creation:  1980

Date of Publication:
                     1981-04-21

Authorship on Application:
                     audiovisual work, artwork, and text on package and
                        instructions: Atari, Inc., employer for hire.

Previous Registration:
                     Arcade version of Missile Command prev. pub. 1979 & prev.
                        reg. 1980, PA 73-339.

Basis of Claim:      New Matter: "revised audiovisual work and new artwork and
                        text on package and instructions."

Names:               Atari, Inc.

=============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000661729 / 1992-08-25

Title:               Mixed up Mother Goose.

Description:         Videogame.

Copyright Claimant:
                     Sierra On-Line, Inc.

Date of Creation:  1992

Date of Publication:
                     1992-06-06

Authorship on Application:
                     computer program, including audiovisual displays: Sierra
                       On-Line, Inc., employer for hire.

Previous Registration:
                     Prev. reg.

Basis of Claim:      New Matter: additional computer program; additional
                       soundtrack.

Copyright Note:      C.O. correspondence.

Names:               Sierra On-Line, Inc.

===============================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0001616064 / 2008-11-24

Application Title: MLB 07 The Show (North American Version for PSP)

Title:                 MLB 07 The Show.

Description:           UMD.

Notes:                 Videogame
                       Videocassette also deposited.

Copyright Claimant:
                       Sony Computer Entertainment America Inc.

Date of Creation:  2006

Date of Publication:
                       2007-02-26

Nation of First Publication:
                       United States

Authorship on Application:
                       Sony Computer Entertainment America Inc, employer for hire;
                         Domicile: United States. Authorship: Audio Visual
                         Elements.

Names:                 Sony Computer Entertainment America Inc

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000207036 / 1984-01-27

Title:               Monkey game.

Imprint:             Everett, Mass. : New Way Video Systems,  [1983?]

Description:         1 videogame.

Notes:               Identifying material desposited in lieu of game.

Copyright Claimant:
                     New Way Video Systems, Inc.

Date of Creation:  1983

Date of Publication:
                     1983-12-15

Authorship on Application:
                     audiovisual work: New Way Video Systems, Inc., employer for
                        hire.

Copyright Note:    C.O. correspondence.

Names:               New Way Video Systems, Inc.

===============================================================================
```

```
Type of Work:       Computer File

Registration Number / Date:
                    PA0000170604 / 1983-02-22

Title:              Monster Bash.

Imprint:            [LosAngeles] : Gremlin/Sega,  c1982.

Description:        1 videogame.

Notes:              1 videocassette & description (2 p.) deposited in lieu of
                       videogame.

Copyright Claimant:
                    Sega Enterprises, Inc.

Date of Creation:   1982

Date of Publication:
                    1982-07-16

Authorship on Application:
                    audiovisual work: Sega Enterprises, Ltd., employer for
                       hire.

Previous Registration:
                    Place of first publication stated on appl.: Japan.

Names:              Sega Enterprises, Inc.
                    Sega Enterprises, Ltd.

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000662678 / 1993-12-07

Title:               Monster maulers.

Description:         Videogame.

Copyright Claimant:
                     Konami (America), Inc.

Date of Creation:  1993

Date of Publication:
                     1993-11-14

Authorship on Application:
                     audiovisual work not including computer program: Konami
                        Company, Ltd., employer for hire.

Names:               Konami (America), Inc.
                     Konami Company, Ltd.

==============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0001372498 / 2007-01-26

Title:               MOTO GP.

Description:         Videogame.

Copyright Claimant:
                     NAMCO BANDAI Games, Inc.

Date of Creation:    2006

Date of Publication:
                     2006-08-24

Authorship on Application:
                     audiovisual material and computer program (excluding team
                        names and marks, racer names and figures, motorcycle
                        figures, and racing circuit shapes): NAMCO BANDAI Games,
                        Inc. f.k.a. Namco, Ltd., employer for hire.

Previous Registration:
                     Preexisting material: 500GP (1998); MotoGP (PS2 2000);
                        MotoGP2 (PS2 2001); MotoGP3 (PS2 2002); MotoGP4 (PS2
                        2006)

Basis of Claim:      New Matter: additional audiovisual work and computer
                        program.

Copyright Note:      Cataloged from appl. only.

Names:               NAMCO BANDAI Games, Inc.
                     Namco, Ltd.

===============================================================================
```

```
Type of Work:          Visual Material

Registration Number / Date:
                       PAu000455926 / 1982-12-14

Title:                 Mouser.

Description:           1 videogame.

Notes:                 1 videocassette & description (1 p.) deposited in lieu of
                          videogame.
                       On videocassette housing: Cosmos.

Copyright Claimant:
                       Cosmos, Inc.

Date of Creation:  1982

Authorship on Application:
                       audiovisual work: Universal Playland Company, Ltd.,
                          employer for hire.

Copyright Note:    C.O. correspondence.

Names:                 Cosmos, Inc.
                       Universal Playland Company, Ltd.

===============================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0001746335 / 2010-12-22

Application Title: NBA Jam (Wii)

Title:                 NBA Jam (Wii)

Description:           DVD-ROM.

Notes:                 Videogame.
                       Computer printout (50 p.) also deposited.

Copyright Claimant:
                       Electronic Arts Inc.

Date of Creation:  2010

Date of Publication:
                       2010-09-24

Nation of First Publication:
                       United States

Authorship on Application:
                       Electronic Arts Inc., employer for hire; Domicile: United
                          States; Citizenship: United States. Authorship: Computer
                          game software including audiovisual material.

Names:                 Electronic Arts Inc.

================================================================================
```

```
Type of Work:       Computer File

Registration Number / Date:
                    PA0000664461 / 1993-12-08

Title:              NCAA basketball.

Edition:            SNES.

Description:        Videogame.

Copyright Claimant:
                    Nintendo of America, Inc.

Date of Creation:  1992

Date of Publication:
                    1992-09-29

Authorship on Application:
                    audio-visual display, music, program: Sculptured Software,
                       Inc., employer for hire; audio-visual work: HAL America,
                       Inc., employer for hire; program revisions: Nintendo of
                       America, Inc., employer for hire.

Previous Registration:
                    Japanese version of game preexisting.

Basis of Claim:     New Matter: some rev. program, some rev. audio-visual
                       display.

Names:              Nintendo of America, Inc.
                    Sculptured Software, Inc.
                    HAL America, Inc.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PAu001708528 / 1992-10-14

Title:               Night trap.

Description:         Videogame.

Copyright Claimant:
                     Hasbro, Inc.

Date of Creation:  1988

Authorship on Application:
                     computer program incl. audiovisual material: Isix, Inc.,
                        employer for hire.

Copyright Note:  C.O. correspondence.

Names:               Hasbro, Inc.
                     Isix, Inc.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000503213 / 1990-11-05

Title:               Ninja combat.

Edition:             US version.

Description:         1 videogame.

Copyright Claimant:
                     SNK Corporation of America

Date of Creation:    1990

Date of Publication:
                     1990-07-31

Authorship on Application:
                     audiovisual work: Alpha Denshi Company, Ltd., & SNK
                        Corporation, employers for hire.

Names:               SNK Corporation of America
                     Alpha Denshi Company, Ltd.
                     SNK Corporation

=============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     TX0004072505 / 1995-04-11

Title:               Ninja commando.

Description:         Videogame.

Copyright Claimant:
                     SNK Corporation of America

Date of Creation:  1992

Date of Publication:
                     1992-04-29

Authorship on Application:
                     computer program & audiovisual material: SNK Corporation &
                        ADK Corporation, employers for hire.

Copyright Note:    C.O. correspondence.

Names:               SNK Corporation of America
                     ADK Corporation

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000357401 / 1987-03-12

Title:               Ninja kid.

Description:         1 videogame.

Copyright Claimant:
                     Bandai America, Inc.

Date of Creation:  1986

Date of Publication:
                     1986-10-29

Previous Registration:
                     Audiovisual work Gegege no kitaro preexisting.

Basis of Claim:      New Matter: "new pictorial images providing different
                         audiovisual expression; new music."

Copyright Note:    C.O. correspondence.

Other Title:         Gegege no kitaro

Names:               Bandai America, Inc.

==============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000679241 / 1992-11-04

Title:               NOVA 9.

Description:         Videogame.

Copyright Claimant:
                     Dynamix, Inc.

Date of Creation:  1991

Date of Publication:
                     1991-11-01

Authorship on Application:
                     audiovisual material and computer program: Dynamix, Inc.,
                        employer for hire.

Copyright Note:    C.O. correspondence.

Names:               Dynamix, Inc.

===============================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     PA0000136950 / 1982-04-26

Title:               Octopus.

Imprint:             [Japan] : Nintendo, c1981.

Description:         1 videogame + 1 instruction booklet (8 p.)

Series:              Game & Watch--wide screen ; OC-22

Notes:               44 slides & description deposited in lieu of videogame
                        element.

Copyright Claimant:
                     Nintendo of America, Inc.

Date of Creation:  1981

Date of Publication:
                     1981-07-16

Authorship on Application:
                     audiovisual work, text & some box ill.: Nintendo Company,
                        Ltd., employer for hire.

Previous Registration:
                     Preexisting material: cartoon character ill.

Basis of Claim:      New Matter: "audiovisual work, textual instructions, and
                        some box ill."

Other Title:         Game & Watch--wide screen ; OC-22

Names:               Nintendo of America, Inc.
                     Nintendo Company, Ltd.

===============================================================================
```

```
Type of Work:       Computer File

Registration Number / Date:
                    PA0000560513 / 1992-02-26

Title:              Off the wall.

Description:        Videogame.

Notes:              Add. ti.: Roundabout; Brix; Bryx.

Copyright Claimant:
                    Atari Games Corporation

Date of Creation:  1991

Date of Publication:
                    1991-09-12

Authorship on Application:
                    text of computer program, audiovisual display and sounds:
                       Atari Games Corporation, employer for hire.

Copyright Note:    C.O. correspondence.

Other Title:        Roundabout
                    Brix
                    Bryx

Names:              Atari Games Corporation

================================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     PA0000146898 / 1982-07-27

Title:               Oil Panic.

Imprint:             [Japan] : Nintendo,  c1982.

Description:         1 videogame + 1 instruction booklet (13 p.)

Series:              Game & Watch--multi screen ; OP-51

Notes:               2 photos. & 1 synopsis (4 p.) deposited in lieu of
                        videogame element.

Copyright Claimant:
                     Nintendo of America, Inc.

Date of Creation:    1982

Date of Publication:
                     1982-05-28

Authorship on Application:
                     audiovisual work, text, box ill.: Nintendo Company, Ltd.,
                        employer for hire.

Other Title:         Game & Watch--multi screen ; OP-51

Names:               Nintendo of America, Inc.
                     Nintendo Company, Ltd.

===============================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0000493704 / 1990-12-26

Title:                 Operation C.

Description:           1 videogame.

Copyright Claimant:
                       Ultra Software Corporation

Date of Creation:  1990

Date of Publication:
                       1990-09-09

Authorship on Application:
                       audiovisual work: Konami Industry Company, Ltd., employer
                          for hire.

Names:                 Ultra Software Corporation
                       Konami Industry Company, Ltd.

===============================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0001377003 / 2007-01-26

Title:                 Ordyne.

Description:           Videogame.

Copyright Claimant:
                       Namco Bandai Games, Inc. (former Namco, Ltd.)

Date of Creation:  1988

Date of Publication:
                       1988-07-02

Authorship on Application:
                       audiovisual material & computer program: Namco Bandai
                           Games, Inc., employer for hire.

Copyright Note:    Cataloged from appl. only.

Names:                 Namco Bandai Games, Inc.
                       Namco, Ltd.

===============================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     TX0000896414 / 1982-05-25

Title:               Pac-man : Midway's amazeing [sic] new 1 or 2 player full
                         color video game!

Copyright Claimant:
                     Bally Midway Manufacturing Company

Date of Creation:  1980

Date of Publication:
                     1980-10-30

Previous Registration:
                     Graphics of audiovisual work entitle Puck man or Pac-man,
                         reg. no. PA 83-768, embodied in a coin-operated
                         electronic video game and brochure prepared in Japan by
                         Namco, Ltd.

Basis of Claim:    New Matter: "photographic ill. and text."

Names:               Bally Midway Manufacturing Company

==============================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0001127186 / 2003-03-28

Title:                 Pac-Man All-Stars.

Imprint:               New York : Infogrames,  c2002.

Description:           CD-ROM.

Notes:                 Based on Pac-Man character.
                       For Windows 98.

Copyright Claimant:
                       Infogrames Interactive, Inc.

Date of Creation:  2002

Date of Publication:
                       2002-05-14

Authorship on Application:
                       audio-visual work: Infogrames Interactive, Inc.

Names:                 Infogrames Interactive, Inc.

=============================================================================
```

```
Type of Work:       Visual Material

Registration Number / Date:
                    PA0000136951 / 1982-04-26

Title:              Parachute.

Imprint:            [Japan] : Nintendo,  c1981.

Description:        1 videogame + 1 instruction booklet (8 p.)

Series:             Game & Watch--wide screen ; PR-21

Notes:              41 slides & description deposited in lieu of videogame
                        element.

Copyright Claimant:
                    Nintendo of America, Inc.

Date of Creation:   1981

Date of Publication:
                    1981-06-19

Authorship on Application:
                    audiovisual work, text & some box ill.: Nintendo Company,
                        Ltd., employer for hire.

Previous Registration:
                    Preexisting material: cartoon character ill.

Basis of Claim:     New Matter: "audiovisual work, textual instructions, and
                        some box ill."

Other Title:        Game & Watch--wide screen ; PR-21

Names:              Nintendo of America, Inc.
                    Nintendo Company, Ltd.

================================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0000290819 / 1985-09-23

Title:                 Park Patrol.

Imprint:               Mountain View, CA : Activision,  c1984.

Description:           1 videogame.

Notes:                 For use with Commodore 64.
                       Identifying material deposited in lieu of game.

Copyright Claimant:
                       Activision, Inc.

Date of Creation:  1984

Date of Publication:
                       1984-09-17

Authorship on Application:
                       entire audiovisual work, artwork, printed text: Activision,
                          Inc., employer for hire.

Names:                 Activision, Inc.

=============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000290823 / 1985-09-23

Title:               Pastfinder.

Imprint:             Mountain View, CA : Activision,  c1984.

Description:         1 videogame.

Notes:               For use with Commodore 64.
                     Identifying material deposited in lieu of game.

Copyright Claimant:
                     Activision, Inc.

Date of Creation:  1984

Date of Publication:
                     1984-11-16

Authorship on Application:
                     entire audiovisual work, artwork, printed text: Activision,
                       Inc., employer for hire.

Names:               Activision, Inc.

===============================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PAu000624521 / 1984-04-27

Title:                 Pegasus and the trials of Perseus.

Description:           1 videogame.

Notes:                 Identifying material deposited in lieu of videogame.

Copyright Claimant:
                       Game Gems, Inc.

Date of Creation:  1984

Authorship on Application:
                       entire audiovisual work: Gregory S. Carbonaro.

Names:                 Carbonaro, Gregory S., 1956-
                       Game Gems, Inc.

================================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0000764320 / 1995-10-12

Title:                 PGA tour.

Description:           Videogame.

Notes:                 MS-DOS and compatibles format.
                       Videocassette & printout only deposited.

Copyright Claimant:
                       Electronic Arts, Inc.

Date of Creation:  1990

Date of Publication:
                       1990-06-30

Authorship on Application:
                       computer program incl. audiovisual material: Sterling
                          Silver Software & Electronic Arts, Inc., employers for
                          hire.

Names:                 Electronic Arts, Inc.
                       Sterling Silver Software

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000509415 / 1991-04-01

Application Title: Pin bot (NES)

Title:               Pin bot.

Description:         1 videogame.

Copyright Claimant:
                     Williams Electronics Games, Inc.

Date of Creation:  1988

Date of Publication:
                     1990-04-01

Date in Notice:    notice: 1988

Authorship on Application:
                     Rare, Ltd., employer for hire.

Previous Registration:
                     Artwork prev. reg. 1986, VA 249-250.

Basis of Claim:      New Matter: "audiovisual display, music, background sounds,
                        added graphics."

Names:               Williams Electronics Games, Inc.
                     Rare, Ltd.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000188572 / 1983-11-09

Title:               Pitfall.

Imprint:             Mountain View, CA : Activision,  c1982.

Description:         1 videogame + 1 instruction folder (5 p.)

Notes:               Conceived and designed by David Crane.
                     Identifying material (5 p.) & 1 videocassette deposited in
                        lieu of videogame.

Copyright Claimant:
                     Activision, Inc.

Date of Creation:  1982

Date of Publication:
                     1982-08-20

Authorship on Application:
                     audiovisual work, text of computer program, pictorial
                        material, text: Activision, Inc., employer for hire.

Copyright Note:    C.O. correspondence.

Names:               Crane, David
                     Activision, Inc.

================================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0000584757 / 1992-08-31

Title:                 Play action football (DMG)

Description:           1 videogame.

Copyright Claimant:
                       Nintendo of America, Inc.

Date of Creation:  1990

Date of Publication:
                       1990-11-30

Authorship on Application:
                       some audiovisual work: Nintendo of America, Inc., employer
                          for hire; audiovisual work, music, program, background
                          sounds: Tose Company, Ltd., employer for hire.

Names:                 Nintendo of America, Inc.
                       Tose Company, Ltd.

===============================================================================
```

```
Type of Work:       Computer File

Registration Number / Date:
                    PA0000680812 / 1995-05-18

Title:              Poker plus (+)

Description:        Videogame.

Copyright Claimant:
                    LJF Corporation

Date of Creation:  1989

Date of Publication:
                    1989-03-29

Authorship on Application:
                    audio visual material, computer program, text: LJF
                        Corporation, employer for hire.

Previous Registration:
                    Prev. reg. 1982, TXu 106-736.

Basis of Claim:    New Matter: revision to video game, including revision of
                        audio visual material, program and text, etc.

Copyright Note:    C.O. correspondence.

Names:             LJF Corporation

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000661734 / 1992-08-25

Title:               Police quest II.

Description:         Videogame.

Copyright Claimant:
                     Sierra On-Line, Inc.

Date of Creation:  1988

Date of Publication:
                     1988-11-17

Authorship on Application:
                     computer program, including audiovisual displays: Sierra
                        On-Line, Inc., employer for hire.

Copyright Note:    C.O. correspondence.

Names:               Sierra On-Line, Inc.

================================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     PA0000154248 / 1982-11-26
                     Supplemented by: PA0000547471 / 1990-10-10

Title:               Popeye.

Imprint:             [Seattle] : Nintendo of America,  c1982.

Description:         1 videogame.

Notes:               1 videocassette & description (2 p.) deposited in lieu of
                        videogame.

Copyright Claimant:
                     Nintendo of America, Inc.

Date of Creation:  1982

Date of Publication:
                     1982-11-18

Authorship on Application:
                     audiovisual display: Nintendo Company, Ltd., employer for
                        hire.

Basis of Claim:    New Matter: audiovisual sequences, background scenes &
                        events based on "Popeye" characters & "Popeye the
                        sailor" tune.

Copyright Note:    See also Popeye; Reg. 10Oct90; PA 547-471

Names:               Nintendo of America, Inc.
                     Nintendo Company, Ltd.

===============================================================================
```

```
Type of Work:         Computer File

Registration Number / Date:
                      PA0000189214 / 1983-11-22
                      Supplemented by: PA0000267387 / 1985-02-27

Title:                Pressure Cooker.

Imprint:              Mountain View, CA : Activision,  c1983.

Description:          1 videogame + 1 instruction folder (8 p.)

Notes:                Conceived & designed by Garry Kitchen.
                      Identifying material (8 p.) & 1 videocassette deposited in
                        lieu of videogame.

Copyright Claimant:
                      Activision, Inc.

Date of Creation:  1983

Date of Publication:
                      1983-10-28

Authorship on Application:
                      audiovisual work, computer program text, artwork & printed
                        text: Activision, Inc., employer for hire.

Copyright Note:    C.O. correspondence.
                      See also Pressure Cooker; Reg. 27Feb85; PA 267-387

Names:                Kitchen, Garry
                      Activision, Inc.

================================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0000353694 / 1988-02-12

Title:                 Quarterback.

Imprint:               [El Cajon, CA] : Leland Corp.,  c1987.

Description:           1 videogame.

Notes:                 Identifying material deposited in lieu of game.

Copyright Claimant:
                       Leland Corporation

Date of Creation:  1987

Date of Publication:
                       1987-11-01

Authorship on Application:
                       entire audiovisual work: Leland Corporation, employer for
                          hire.

Copyright Note:    C.O. correspondence.

Names:                 Leland Corporation

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000668997 / 1992-08-25

Title:               Quest for glory I.

Description:         Videogame.

Copyright Claimant:
                     Sierra On-Line, Inc.

Date of Creation:  1989

Date of Publication:
                     1989-10-13

Authorship on Application:
                     computer program including audiovisual displays: Sierra
                        On-Line, Inc., employer for hire.

Copyright Note:    C.O. correspondence.

Names:               Sierra On-Line, Inc.

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000568613 / 1992-06-08

Title:               Radar mission.

Edition:             Gameboy version.

Description:         1 videogame.

Copyright Claimant:
                     Nintendo of America, Inc.

Date of Creation:  1990

Date of Publication:
                     1991-10-22

Authorship on Application:
                     audio-visual display, music, background sounds: Nintendo
                        Company, Ltd., employer for hire; audio-visual display,
                        program: Pax Softnica, employer for hire.

Names:               Nintendo of America, Inc.
                     Nintendo Company, Ltd.
                     Pax Softnica

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0001002276 / 2000-12-04

Application Title: U/NUS-NRZE USA; RR64.

Title:               Ridge racer 64.

Description:         Videogame.

Copyright Claimant:
                     Nintendo of America, Inc., and Namco, Ltd.

Date of Creation:  2000

Date of Publication:
                     2000-02-14

Authorship on Application:
                     Nintendo Software Technology Corporation and Namco, Ltd.
                        (audio-visual materials, program); audio-visual:
                        Nintendo of America, Inc., employers for hire.

Previous Registration:
                     Prev. reg. 1994, PA 714-062.

Basis of Claim:     New Matter: some audio-visual materials, some computer
                        program.

Other Title:        U/NUS-NRZE USA
                     RR64

Names:               Nintendo Software Technology Corporation
                     Namco, Ltd.
                     Nintendo of America, Inc.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000188573 / 1983-11-09

Title:               River Raid.

Imprint:             Mountain View, CA : Activision,  c1982.

Description:         1 videogame + 1 instruction folder (6 p.)

Notes:               Conceived and designed by Carol Shaw.
                     Identifying material (5 p.) & 1 videocassette deposited in
                        lieu of videogame.

Copyright Claimant:
                     Activision, Inc.

Date of Creation:  1982

Date of Publication:
                     1982-12-13

Authorship on Application:
                     audiovisual work, text of computer program, pictorial
                        material, text: Activision, Inc., employer for hire.

Copyright Note:    C.O. correspondence.

Names:               Shaw, Carol
                     Activision, Inc.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000602985 / 1993-03-03

Title:               Road rash.

Description:         1 videogame.

Copyright Claimant:
                     Electronic Arts, Inc.

Date of Creation:  1991

Date of Publication:
                     1991-09-20

Authorship on Application:
                     computer program incl. audiovisual material: Electronic
                        Arts, Inc., employer for hire.

Copyright Note:    C.O. correspondence.

Names:               Electronic Arts, Inc.

================================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0000553755 / 1992-01-17

Title:                 Robo-army.

Edition:               US version.

Description:           Videogame.

Copyright Claimant:
                       SNK Corporation of America

Date of Creation:  1991

Date of Publication:
                       1991-11-18

Authorship on Application:
                       audiovisual work: SNK Corporation, employer for hire.

Names:                 SNK Corporation of America
                       SNK Corporation

=============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000189210 / 1983-11-14
                     Supplemented by: PA0000267384 / 1985-02-27

Title:               Robot Tank.

Imprint:             Mountain View, CA : Activision,  c1983.

Description:         1 videogame + 1 instruction book (10 p.)

Notes:               Conceived and designed by Alan Miller.
                     Identifying material (9 p.) & 1 videocassette deposited in
                        lieu of videogame.

Copyright Claimant:
                     Activision, Inc.

Date of Creation:  1983

Date of Publication:
                     1983-06-27

Authorship on Application:
                     audiovisual work, text of computer program, artwork,
                        printed text: Activision, Inc., employer for hire.

Copyright Note:    C.O. correspondence.
                     See also Robot Tank; Reg. 27Feb85; PA 267-384

Names:               Miller, Alan
                     Miller, Al
                     Activision, Inc.

================================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     PA0000153533 / 1982-05-06

Title:               Roulette.

Description:         1 videogame.

Notes:               Deposit consists of 1 videocassette, 1 booklet & synopsis
                         (1 p.) entitled Las Vegas roulette deposited in lieu of
                         videogame.

Performer:           Presented by Mattel Electronics.

Copyright Claimant:
                     Mattel, Inc.

Date of Creation:  1979

Date of Publication:
                     1979-11-01

Authorship on Application:
                     text, artwork & audiovisual work: Mattel, Inc., employer
                         for hire.

Copyright Note:    C.O. correspondence.

Other Title:         Las Vegas roulette

Names:               Mattel Electronics
                     Mattel, Inc.

===============================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0000294661 / 1985-12-24

Title:                 Sea Battle.

Imprint:               Hawthorne, CA : Mattel,  c1980.

Description:           1 videogame + 1 instruction booklet (16 p.)

Notes:                 Identifying material deposited in lieu of videogame.

Copyright Claimant:
                       Mattel, Inc.

Date of Creation:  1980

Date of Publication:
                       no later than 31Dec80

Authorship on Application:
                       audiovisual work, text, artwork: Mattel, Inc., employer for
                          hire.

Copyright Note:    C.O. correspondence.

Names:                 Mattel, Inc.

===============================================================================
```

```
Type of Work:         Computer File

Registration Number / Date:
                      PAu001688831 / 1992-10-14

Title:                Sewer shark.

Notes:                Videogame.
                      "[For the ISIX box (Analog media)]"

Copyright Claimant:
                      Hasbro, Inc.

Date of Creation:  1988

Authorship on Application:
                      computer program, incl. audiovisual material: ISIX, Inc.,
                         employer for hire.

Names:                Hasbro, Inc.
                      ISIX, Inc.

==============================================================================
```

```
Type of Work:         Computer File

Registration Number / Date:
                      PA0000514033 / 1991-01-02

Application Title: Shooz.

Title:                Shuuz.

Description:          1 videogame.

Copyright Claimant:
                      Atari Games Corporation

Date of Creation:  1990

Date of Publication:
                      1990-11-02

Authorship on Application:
                      text of computer program, audiovisual display and sounds:
                         Atari Games Corporation, employer for hire.

Names:                Atari Games Corporation

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000415059 / 1989-06-12

Title:               Skate or die!

Description:         1 videogame.

Copyright Claimant:
                     Ultra Software Corporation

Copyright Notice:  notice: Electronic Arts

Date of Creation:  1989

Date of Publication:
                     1989-02-22

Authorship on Application:
                     audiovisual work excluding program: Konami Industry
                        Company, Ltd., employer for hire.

Names:               Ultra Software Corporation
                     Electronic Arts
                     Konami Industry Company, Ltd.

==============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000279723 / 1985-12-16

Title:               Skiing.

Imprint:             Hawthorne, Calif. : Mattel,  c1980.

Description:         1 videogame.

Notes:               Title on container: U. S. ski team skiing.
                     Identifying material deposited in lieu of videogame.

Performer:           Presented by Mattel Electronics.

Copyright Claimant:
                     Mattel, Inc.

Date of Creation:    1980

Date of Publication:
                     no later than 31Dec80

Authorship on Application:
                     entire work (audiovisual work, text, artwork): Mattel,
                        Inc., employer for hire.

Copyright Note:      C.O. correspondence.

Other Title:         U. S. ski team skiing.

Names:               Mattel Electronics
                     Mattel, Inc.

==============================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0001377002 / 2007-01-26

Title:                 Skykid.

Description:           Videogame.

Copyright Claimant:
                       Namco Bandai Games, Inc. (former Namco, Ltd.)

Date of Creation:  1985

Date of Publication:
                       1985-11-29

Authorship on Application:
                       computer program, audiovisual material: Namco Bandai Games,
                          Inc., employer for hire.

Copyright Note:    Cataloged from appl. only.

Names:                 Namco Bandai Games, Inc.
                       Namco, Ltd.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000620836 / 1993-08-17

Application Title: Muscle bomber.

Title:               Slam masters.

Description:         Videogame.

Copyright Claimant:
                     Capcom Company, Ltd.

Date of Creation:  1993

Date of Publication:
                     1993-07-22

Authorship on Application:
                     computer program & audiovisual material: Capcom Company,
                        Ltd., employer for hire.

Names:               Capcom Company, Ltd.

==============================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0000294667 / 1985-12-24

Title:                 Snafu.

Imprint:               Hawthorne, CA : Mattel,  c1981.

Description:           1 videogame + 1 instruction booklet (12 p.)

Notes:                 Identifying material deposited in lieu of videogame.

Copyright Claimant:
                       Mattel, Inc.

Date of Creation:  1981

Date of Publication:
                       no later than 31Dec81

Authorship on Application:
                       audiovisual work, text, artwork: Mattel, Inc., employer for
                          hire.

Copyright Note:  C.O. correspondence.

Names:                 Mattel, Inc.

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000508609 / 1991-03-18

Title:               Snake, rattle 'n' roll.

Description:         1 videogame.

Notes:               Cataloged from appl.

Copyright Claimant:
                     Rare, Ltd.

Date of Creation:  1989

Date of Publication:
                     1990-07-28

Authorship on Application:
                     audiovisual display, music, background sounds: Rare, Ltd.,
                        employer for hire.

Copyright Note:    C.O. correspondence.

Names:               Rare, Ltd.

=============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PAu001842106 / 1993-11-17

Title:               Snow arrow.

Description:         Videogame.

Copyright Claimant:
                     State of the Art, Inc. & Herbipolis, Inc.

Date of Creation:  1993

Authorship on Application:
                     State of the Art, Inc., & Herbipolis, Inc., employers for
                        hire.

Previous Registration:
                     Book written by Robert John Wurzburg prev. reg. 1993, TXu
                        554-477.

Basis of Claim:    New Matter: edited text & entire audiovisual work,
                        excluding computer program.

Copyright Note:    C.O. correspondence.

Names:               Wurzburg, Robert John
                     State of the Art, Inc.
                     Herbipolis, Inc.

================================================================================
```

```
Type of Work:         Computer File

Registration Number / Date:
                      PA0000567869 / 1992-01-24

Title:                Solvalou.

Description:          Videogame.

Copyright Claimant:
                      NAMCO, Ltd.

Date of Creation:  1991

Date of Publication:
                      1991-10-02

Authorship on Application:
                      audiovisual material & computer program: NAMCO, Ltd.

Names:                NAMCO, Ltd.

===============================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     PA0000136478 / 1982-03-17

Title:               Sorcerer of Siva / written by Gene Price.

Imprint:             [s.l. : s.n.],  c1981.

Description:         1 videogame.

Notes:               For Apple computer.
                     Deposit consists of 1 videocassette & description (1 p.)
                        deposited in lieu of videogame.

Performer:           Presented by Edyx.

Copyright Claimant:
                     Jon Freeman

Copyright Notice:  notice: Automated Simulations

Date of Creation:  1981

Date of Publication:
                     1981-12-15

Authorship on Application:
                     audiovisual work: Jon Freeman.

Copyright Note:    C.O. correspondence.

Names:               Price, Gene
                     Freeman, Jon, 1945-
                     Edyx.
                     Automated Simulations

==============================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0000294665 / 1985-12-24

Title:                 Space Armada.

Imprint:               Hawthorne, CA : Mattel,  c1981.

Description:           1 videogame + 1 instruction booklet (12 p.)

Notes:                 Identifying material deposited in lieu of videogame.

Copyright Claimant:
                       Mattel, Inc.

Date of Creation:  1981

Date of Publication:
                       no later than 31Dec81

Authorship on Application:
                       audiovisual work, text, artwork: Mattel, Inc., employer for
                          hire.

Copyright Note:    C.O. correspondence.

Names:                 Mattel, Inc.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000279724 / 1985-12-17

Title:               Space battle.

Imprint:             Hawthorne, Calif. : Mattel,  c1979.

Description:         1 videogame.

Notes:               Identifying material deposited in lieu of videogame.

Performer:           Presented by Mattel Electronics.

Copyright Claimant:
                     Mattel, Inc.

Date of Creation:  1979

Date of Publication:
                     no later than 31Dec79

Authorship on Application:
                     entire work (audiovisual work, text, artwork): Mattel,
                        Inc., employer for hire.

Copyright Note:    C.O. correspondence.

Names:               Mattel Electronics
                     Mattel, Inc.

================================================================================
```

```
Type of Work:      Visual Material

Registration Number / Date:
                   PA0000146316 / 1982-08-30

Application Title: Star chase; Tunnel.

Title:             Space encounters.

Description:       1 videogame.

Notes:             Deposit consists of 1 videocassette & description (5 p.)
                       deposited in lieu of videogame.

Copyright Claimant:
                   Bally Midway Manufacturing Company

Date of Creation:  1980

Date of Publication:
                   1980-05-06

Authorship on Application:
                   Bally Midway Manufacturing Company, employer for hire.

Previous Registration:
                   Preexisting material: work entitled Star chase.

Basis of Claim:    New Matter: changes in visual & audiovisual elements.

Copyright Note:    C.O. correspondence.

Other Title:       Star chase
                   Tunnel.

Names:             Bally Midway Manufacturing Company

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000598116 / 1992-10-27

Application Title: Lords of space; Spacelords.

Title:               Space lords.

Description:         Videogame.

Copyright Claimant:
                     Atari Games Corporation

Date of Creation:  1992

Date of Publication:
                     1992-10-23

Authorship on Application:
                     computer program, audiovisual display & sounds: Atari Games
                       Corporation, employer for hire.

Copyright Note:    C.O. correspondence.

Other Title:         Lords of space

Names:               Atari Games Corporation

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000701725 / 1995-05-17

Title:               Space Pirates.

Description:         Videogame.

Copyright Claimant:
                     American Laser Games, Inc.

Date of Creation:  1992

Date of Publication:
                     1992-03-30

Authorship on Application:
                     computer programs, including audiovisual material: American
                        Laser Games, Inc., employer for hire.

Names:               American Laser Games, Inc.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000661737 / 1992-08-25

Title:               Space quest III.

Description:         Videogame.

Copyright Claimant:
                     Sierra On-Line, Inc.

Date of Creation:  1989

Date of Publication:
                     1989-03-24

Authorship on Application:
                     computer program, including audiovisual displays: Sierra
                        On-Line, Inc., employer for hire.

Copyright Note:    C.O. correspondence.

Names:               Sierra On-Line, Inc.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0001630378 / 2009-05-13

Application Title: SPEED RACER THE VIDEOGAME (PlayStation 2 version)

Title:               SPEED RACER THE VIDEOGAME (PlayStation 2 version)

Description:         DVD-ROM.

Notes:               Videogame.
                     Computer printout (50 p.) also deposited.

Copyright Claimant:
                     Warner Bros. Entertainment Inc., Transfer: By Written
                        Agreement.

Date of Creation:  2008

Date of Publication:
                     2008-05-06

Nation of First Publication:
                     United States

Authorship on Application:
                     Sidhe Interactive, employer for hire; Domicile: United
                        States. Authorship: Audio Visual Material and Computer
                        Program.

Pre-existing Material:
                     Certain characters and materials are based upon preexisting
                        characters and materials from the "SPEED RACER" animated
                        television show and live action motion picture; portions
                        of computer program.

Basis of Claim:    All other audio visual material, artwork and computer
                        program.

Copyright Note:    C.O. correspondence.

Names:               Sidhe Interactive
                     Warner Bros. Entertainment Inc.

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000611012 / 1993-04-06

Title:               Spider-Man.

Description:         Videogame.

Copyright Claimant:
                     Sega of America, Inc.

Date of Creation:  1991

Date of Publication:
                     1991-07-30

Previous Registration:
                     Spider-Man characters preexisting.

Basis of Claim:    New Matter: all other audio-visual material including
                       computer program.

Copyright Note:    C.O. correspondence.

Names:               Sega of America, Inc.

=============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000670945 / 1997-06-26

Title:               Star Fox 64.

Edition:             N64 version.

Description:         Videogame.

Copyright Claimant:
                     Nintendo of America, Inc.

Date of Creation:  1997

Date of Publication:
                     1997-04-27

Authorship on Application:
                     audio-visual materials and program: Nintendo Company, Ltd.,
                        employer for hire; program: Systems Research and
                        Development Company, Ltd., employer for hire; audio
                        materials: Nintendo of America, Inc., employer for hire
                        of Mike West & others.

Previous Registration:
                     Prev. reg. 1993, PA 665-156.

Basis of Claim:      New Matter: new audio-visual materials & new program.

Names:               West, Mike
                     Nintendo of America, Inc.
                     Nintendo Company, Ltd.
                     Systems Research and Development Company, Ltd.

===============================================================================
```

```
Type of Work:      Visual Material

Registration Number / Date:
                   PA0000136477 / 1982-03-17

Title:             Star warrior.

Imprint:           [s.l. : s.n.,  1980?]

Description:       1 videogame.

Notes:             For Apple computer.
                   Deposit consists of 1 videocassette & description (1 p.)
                      deposited in lieu of videogame.

Copyright Claimant:
                   Jon Freeman

Date of Creation:  1980

Date of Publication:
                   1980-12-15

Authorship on Application:
                   audiovisual work: Jon Freeman.

Copyright Note:    C.O. correspondence.

Names:             Freeman, Jon, 1945-

===============================================================================
```

```
Type of Work:       Computer File

Registration Number / Date:
                    PA0001145607 / 2003-02-26

Title:              Star Wars : the clone wars.

Description:        Videogame.

Notes:              For Playstation 2.
                    Includes computer program.

Copyright Claimant:
                    LucasArts Entertainment Company, LLC, and Lucasfilm, Ltd.

Date of Creation:   2002

Date of Publication:
                    2002-09-03

Authorship on Application:
                    entire work, incl. computer programs & audio visual
                       material: LucasArts Entertainment Company, LLC, employer
                       for hire; computer program: Pandemic Studios, LLC.

Previous Registration:
                    Audiovisual works, incl. elements of the Star Wars films,
                       musical compositions from the films & platform-specific
                       source code prexisting.

Basis of Claim:     New Matter: computer programming code and audiovisual
                       material.

Variant title:      Star Wars : the clone wars

Names:              Lucasfilm, Ltd.
                    LucasArts Entertainment Company, LLC
                    Pandemic Studios, LLC

================================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     PA0000118712 / 1981-10-09

Application Title: Audio-visual effects displayed by coin operated video game
                     "Stargate" attract mode.

Title:               Stargate.

Imprint:             [s.l. : s.n.],  c1981.

Description:         1 videocassette (VHS) (ca. 3 min.) : sd., col. ; 1/2 in.

Notes:               On housing: A/V effects displayed by the coin-op video game
                     "Stargate" attract mode.
                     Deposit includes description (1 p.)

Copyright Claimant:
                     Williams Electronics, Inc.

Date of Creation:  1981

Date of Publication:
                     1981-08-21

Authorship on Application:
                     Williams Electronics, Inc., employer for hire.

Copyright Note:    C.O. correspondence.

Other Title:         A/V effects displayed by the coin-op video game "Stargate"
                     attract mode.

Names:               Williams Electronics, Inc.

===============================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0000509417 / 1991-03-28

Title:                 Startropics.

Description:           1 videogame.

Notes:                 Cataloged from appl.

Copyright Claimant:
                       Nintendo of America, Inc.

Date of Creation:  1990

Date of Publication:
                       1990-12-01

Authorship on Application:
                       Nintendo Company, Ltd. (audiovisual display, program);
                          Nintendo of America, Inc., (program); Locomotive Company
                          (music, program), employers for hire.

Copyright Note:    C.O. correspondence.

Names:                 Nintendo of America, Inc.
                       Nintendo Company, Ltd.
                       Locomotive Company

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000560515 / 1992-02-26

Title:               Steel talons.

Description:         Videogame.

Copyright Claimant:
                     Atari Games Corporation

Date of Creation:  1991

Date of Publication:
                     1991-08-23

Authorship on Application:
                     text of computer program, audiovisual display and sounds:
                        Atari Games Corporation, employer for hire.

Copyright Note:    C.O. correspondence.

Names:               Atari Games Corporation

=============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000672248 / 1994-03-30

Title:               Strike Commander.

Description:         Videogame.

Copyright Claimant:
                     Origin Systems, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-12-16

Authorship on Application:
                     computer program including audiovisual work: Origin
                        Systems, Inc., employer for hire.

Copyright Note:    C.O. correspondence.

Names:               Origin Systems, Inc.

==============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000514045 / 1991-01-30

Title:               Stunt driver.

Description:         1 videogame.

Notes:               IBM version.

Copyright Claimant:
                     Sphere, Inc.

Date of Creation:    1990

Date of Publication:
                     1990-08-31

Authorship on Application:
                     computer program, audiovisual material, artwork, text on
                        packaging and user's manual: Sphere, Inc., employer for
                        hire.

Names:               Sphere, Inc.

=============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000757351 / 1995-08-18

Application Title: Wild trax.

Title:               Stunt race FX.

Edition:             Super NES version.

Description:         Videogame.

Copyright Claimant:
                     Nintendo of America, Inc.

Date of Creation:  1994

Date of Publication:
                     1994-06-04

Authorship on Application:
                     audio-visual display, program, music, background sounds:
                        Nintendo Company, Ltd., employer for hire; program:
                        Argonaut Software, Ltd., employer for hire.

Names:               Nintendo of America, Inc.
                     Nintendo Company, Ltd.
                     Argonaut Software, Ltd.

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000662697 / 1988-10-07

Title:               Super breakout.

Description:         Videocassette ; 1/2 in.

Notes:               Videogame.

Copyright Claimant:
                     Atari Games Corporation

Date of Creation:  1978

Date of Publication:
                     1978-06-15

Authorship on Application:
                     Atari, Inc., employer for hire.

Previous Registration:
                     Arcade version prev. pub. 1976.

Basis of Claim:      New Matter: sounds and images in audiovisual work.

Copyright Note:      C.O. correspondence.

Names:               Atari Games Corporation
                     Atari, Inc.

     ===========================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0001742133 / 2010-09-20

Application Title: Super Collapse! 3 (PC and Mac Downloadable)

Title:               Super Collapse! 3.

Description:         CD-ROM.

Notes:               Videogame.
                     Computer printout (20 p.) also deposited.

Copyright Claimant:
                     RealNetworks, Inc.

Date of Creation:  2006

Date of Publication:
                     2006-05-10

Nation of First Publication:
                     United States

Authorship on Application:
                     RealNetworks, Inc., employer for hire; Domicile: United
                         States; Citizenship: United States. Authorship: computer
                         program; compilation; music; motion picture/audiovisual.

Alternative Title on Application:
                     Super Collapse! 3

Pre-existing Material:
                     Preexisting computer software code.

Basis of Claim:    New computer program, sound effects, music & audio visual
                         works; revisions and additions throughout.

Rights and Permissions:
                     General Counsel, RealNetworks, Inc., 2601 Elliott Ave,
                         Suite 1000, Seattle, WA, 98121, (206) 674-2700, (206)
                         674-2674, copyrightreg@real.com

Copyright Note:    C.O. correspondence.

Names:               RealNetworks, Inc.

===============================================================================
```

```
Type of Work:       Computer File

Registration Number / Date:
                    PA0000273028 / 1986-01-17
                    Supplemented by: PA0000547457 / 1990-10-10

Application Title: Mario's adventure.

Title:              Super Mario Bros.

Imprint:            [Japan] : Nintendo,  c1985.

Description:        1 videogame.

Notes:              Identifying material deposited in lieu of videogame.

Copyright Claimant:
                    Nintendo of America, Inc.

Date of Creation:   1985

Date of Publication:
                    1985-09-14

Authorship on Application:
                    audio-visual display: Nintendo Company, Ltd., employer for
                       hire.

Copyright Note:     See also Mario's adventure; Reg. 10Oct90; PA 547-457

Other Title:        Super Mario Brothers.

Names:              Nintendo of America, Inc.
                    Nintendo Company, Ltd.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000720157 / 1995-06-07

Title:               Super metroid.

Edition:             Super NES version.

Description:         Videogame.

Copyright Claimant:
                     Nintendo of America, Inc.

Date of Creation:  1994

Date of Publication:
                     1994-03-19

Authorship on Application:
                     audiovisual display, music, program, background sounds:
                        Nintendo Company, Ltd., employer for hire; some
                        programming: Intelligent Systems Company, Ltd. & TEC
                        Company, Ltd., employers for hire.

Previous Registration:
                     Prev. reg. 1988, PA 356-142.

Basis of Claim:      New Matter: audiovisual display & programming.

Names:               Nintendo of America, Inc.
                     Nintendo Company, Ltd.
                     Intelligent Systems Company, Ltd.
                     TEC Company, Ltd.

==============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000576041 / 1992-07-27
                     Supplemented by: PA0000816393 / 1996-10-07

Title:               Super soccer.

Description:         1 videogame.

Notes:               Cataloged from appl.

Copyright Claimant:
                     Nintendo of America, Inc.

Date of Creation:    1991

Date of Publication:
                     1992-04-28

Authorship on Application:
                     Human Company, Ltd. (audio-visual display, program,
                       background sounds), Nintendo Company, Ltd. (audio-visual
                       display, changes and additions to text), employers for
                       hire.

Previous Registration:
                     Appl. states super formation soccer preexisting.

Basis of Claim:      New Matter: "changes to audio-visual display, changes and
                       additions to text."

Copyright Note:      See also Super soccer; Reg. 7Oct96; PA 816-393

Names:               Nintendo of America, Inc.
                     Human Company, Ltd.
                     Nintendo Company, Ltd.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000576044 / 1992-07-28

Title:               Super tennis.

Edition:             Super NES.

Description:         1 videogame.

Copyright Claimant:
                     Nintendo of America, Inc.

Date of Creation:    1991

Date of Publication:
                     1991-08-01

Authorship on Application:
                     audiovisual display, computer program, music, sounds: Tokyo
                        Shoseki Company, Ltd., employer for hire; visual
                        display, changes & additions to text: Nintendo Company,
                        Ltd., employer for hire.

Names:               Nintendo of America, Inc.
                     Tokyo Shoseki Company, Ltd.
                     Nintendo Company, Ltd.

================================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     PA0000174627 / 1983-06-09

Title:               Superman.

Imprint:             Sunnyvale, CA. : Atari,  c1979.

Description:         1 videogame + 1 instruction booklet (8 p.)

Notes:               1 videocassette deposited in lieu of videogame.

Copyright Claimant:
                     Atari, Inc.

Date of Creation:  1979

Date of Publication:
                     1979-06-01

Authorship on Application:
                     audiovisual work, text on package & instructions: Atari,
                          Inc., employer for hire.

Previous Registration:
                     Arcade version pub. 1976.

Basis of Claim:    New Matter: "rev. audiovisual work and new artwork and text
                          on package and instructions."

Names:               Atari, Inc.

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000793414 / 1995-11-15

Application Title: Lucky909.c.

Title:               Swinging bells.

Description:         Videogame.

Notes:               Videocassette & printout (77 p.) only deposited.

Copyright Claimant:
                     Spielo Manufacturing, Inc.

Date of Creation:  1990

Date of Publication:
                     1991-12-27

Authorship on Application:
                     entire computer program incl. audiovisual material: Quarter
                        Amusements, Ltd., & CADMI
                        Microelectronics/Microelectronique, Inc., employers for
                        hire.

Previous Registration:
                     Computer program incl. audiovisual material prev. reg.
                        1989, TX 2-621-904.

Basis of Claim:    New Matter: revisions & additions to the computer program.

Copyright Note:    C.O. correspondence.

Names:               Spielo Manufacturing, Inc.
                     Quarter Amusements, Ltd.
                     CADMI Microelectronics/Microelectronique, Inc.

===============================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0000412077 / 1989-05-08

Application Title: Tatsujin.

Title:                 Truxton.

Description:           1 videogame.

Copyright Claimant:
                       Taito Corporation & Toa Plan Company, Ltd.

Date of Creation:  1988

Date of Publication:
                       1988-08-31

Authorship on Application:
                       entire audiovisual work: Tao Plan Company, Ltd., employer
                          for hire.

Names:                 Taito Corporation
                       Toa Plan Company, Ltd.

==============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000610711 / 1993-04-06

Title:               Taz-mania.

Description:         Videogame.

Copyright Claimant:
                     Sega of America, Inc.

Date of Creation:  1992

Date of Publication:
                     1992-06-19

Previous Registration:
                     Characters preexisting.

Basis of Claim:      New Matter: all other audiovisual material, including
                        computer program.

Copyright Note:      C.O. correspondence.

Names:               Sega of America, Inc.

=============================================================================
```

```
Type of Work:       Computer File

Registration Number / Date:
                    PA0000279722 / 1985-12-16

Title:              Tennis.

Imprint:            Hawthorne, Calif. : Mattel,  c1980.

Description:        1 videogame.

Notes:              Identifying material deposited in lieu of videogame.

Performer:          Presented by Mattel Electronics.

Copyright Claimant:
                    Mattel, Inc.

Date of Creation:   1980

Date of Publication:
                    no later than 31Dec80

Authorship on Application:
                    entire work (audiovisual work, text, artwork): Mattel,
                        Inc., employer for hire.

Copyright Note:     C.O. correspondence.

Names:              Mattel Electronics
                    Mattel, Inc.

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000664479 / 1992-11-04

Title:               The adventures of Willy Beamish.

Description:         Videogame.

Copyright Claimant:
                     Dynamix, Inc.

Date of Creation:  1991

Date of Publication:
                     1991-09-27

Authorship on Application:
                     audiovisual material & computer program: Dynamix, Inc.,
                       employer for hire

Copyright Note:    C.O. correspondence.

Names:               Dynamix, Inc.

=============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000290821 / 1985-09-23

Title:               The Designer's pencil.

Imprint:             Mountain View, CA : Activision,  c1984.

Description:         1 videogame.

Notes:               For use with Commodore 64.
                     Identifying material deposited in lieu of game.

Copyright Claimant:
                     Activision, Inc.

Date of Creation:  1984

Date of Publication:
                     1984-09-17

Authorship on Application:
                     entire audiovisual work, artwork, printed text: Activision,
                        Inc., employer for hire.

Names:               Activision, Inc.

===============================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0000560514 / 1992-02-28

Title:                 The king of dragons.

Description:           Videogame.

Copyright Claimant:
                       Capcom Company, Ltd.

Date of Creation:  1991

Date of Publication:
                       1991-09-01

Authorship on Application:
                       computer program and audiovisual display: Capcom Company,
                         Ltd., employer for hire.

Names:                 Capcom Company, Ltd.

===============================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0000543680 / 1991-12-04

Title:                 The Legend of the mystical Ninja.

Description:           1 videogame.

Copyright Claimant:
                       Konami, Inc.

Date of Creation:  1991

Date of Publication:
                       1991-09-30

Authorship on Application:
                       audiovisual work not including computer program: Konami
                         Company, Ltd., employer for hire.

Names:                 Konami, Inc.
                       Konami Company, Ltd.

===============================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0000547462 / 1990-10-10
                       Supplement to: PA0000356140 / 1988

Title:                 The Legend of Zelda.  By Nintendo Company, Ltd.

Notes:                 C.O. corres.

Copyright Claimant:
                       Nintendo of America, Inc.

Authorship on Application:
                       graphics, music & sounds combined to form the audiovisual
                          display: Nintendo Company, Ltd.

Supplement to Registration:
                       PA 356-140, 1988

Variant title:         The Legend of Zelda.

Names:                 Nintendo Company, Ltd.
                       Nintendo of America, Inc.


===========================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000941058 / 2001-03-08

Application Title: U/NUS-NZSE USA.

Title:               The legend of Zelda : Majora's mask.

Description:         Videogame.

Notes:               Videocassette, cassette & printout only deposited.

Copyright Claimant:
                     Nintendo of America, Inc.

Date of Creation:  2000

Date of Publication:
                     2000-10-26

Authorship on Application:
                     audio-visual material, text: Nintendo Company, Ltd.,
                         employer for hire; computer program: Systems Research
                         and Development Company, Ltd., employer for hire.

Previous Registration:
                     Audiovisual work prev. reg. 1998, PA 901-848.

Basis of Claim:      New Matter: audio-visual materials, new text, new program.

Variant title:       The legend of Zelda : Majora's mask

Other Title:         U/NUS-NZSE USA

Names:               Nintendo of America, Inc.
                     Nintendo Company, Ltd.
                     Systems Research and Development Company, Ltd.

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000683314 / 1994-02-10

Application Title: The fates of Twinion.

Title:               The shadow of Yserbius.

Description:         Videogame.

Copyright Claimant:
                     Sierra On-Line, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-09-29

Authorship on Application:
                     computer program, including audiovisual displays: Sierra
                        On-Line, Inc., employer for hire.

Copyright Note:     C.O. correspondence.

Names:               Sierra On-Line, Inc.

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0001597027 / 2008-01-04

Application Title:  THE SIMPSONS GAME.

Title:               THE SIMPSONS GAME.

Description:         DVD-ROM.

Notes:               Videogame for PlayStation 2.

Copyright Claimant:
                     Twentieth Century Fox Film Corporation.

Date of Creation:  2007

Date of Publication:
                     2007-11-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Twentieth Century Fox Film Corporation, employer for hire;
                        Domicile: United States. Authorship: Entire Work.

Pre-existing Material:
                     Contains some previously published material; software for
                        game.

Basis of Claim:    All other audio/visual material.

Names:               Twentieth Century Fox Film Corporation

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000290822 / 1985-09-23

Title:               The Tracer sanction.

Imprint:             Mountain View, CA : Activision,  c1984.

Description:         1 videogame.

Notes:               For use with Commodore 64.
                     Identifying material deposited in lieu of game.

Copyright Claimant:
                     Activision, Inc.

Date of Creation:  1984

Date of Publication:
                     1984-12-12

Authorship on Application:
                     entire audiovisual work, artwork, printed text: Activision,
                        Inc., employer for hire.

Names:               Activision, Inc.

===============================================================================
```

```
Type of Work:         Computer File

Registration Number / Date:
                      TX0004027018 / 1995-03-27

Title:                Thrash Rally.

Description:          Videogame.

Copyright Claimant:
                      SNK Corporation of America

Date of Creation:  1991

Date of Publication:
                      1991-12-02

Authorship on Application:
                      co-authors of computer program & audiovisual material: SNK
                         Corporation, & ADK Corporation, employers for hire.

Names:                SNK Corporation of America
                      ADK Corporation

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000610712 / 1993-04-06

Title:               Toejam & Earl.

Description:         Videogame.

Copyright Claimant:
                     Sega of America, Inc.

Date of Creation:  1991

Date of Publication:
                     1991-10-07

Previous Registration:
                     Characters preexisting.

Basis of Claim:      New Matter: all other audiovisual material, including
                         computer program.

Copyright Note:      C.O. correspondence.

Names:               Sega of America, Inc.

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000354704 / 1986-09-23

Title:               Trivial pursuit.

Edition:             All star sports edition.

Description:         1 videogame.

Copyright Claimant:
                     Bally Manufacturing Corporation

Date of Creation:  1984

Date of Publication:
                     1985-04-23

Date in Notice:      notice: 1984

Authorship on Application:
                     Bally Sente, Inc., employer for hire.

Previous Registration:
                     Preexisting material: board game.

Basis of Claim:      New Matter: "audiovisual material and additional answers."

Names:               Bally Manufacturing Corporation
                     Bally Sente, Inc.

===============================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     PA0000136949 / 1982-04-26

Title:               Turtle bridge.

Imprint:             [Japan] : Nintendo,  c1982.

Description:         1 videogame + 1 instruction booklet (8 p.)

Series:              Game & Watch--wide screen ; TL-28

Notes:               40 slides & description deposited in lieu of videogame
                        element.

Copyright Claimant:
                     Nintendo of America, Inc.

Date of Creation:  1982

Date of Publication:
                     1982-02-01

Authorship on Application:
                     audiovisual work, text & some box ill.: Nintendo Company,
                        Ltd., employer for hire.

Previous Registration:
                     Preexisting material: cartoon character ill.

Basis of Claim:      New Matter: "audiovisual work, textual instructions, and
                        some box ill."

Other Title:         Game & Watch--wide screen ; TL-28

Names:               Nintendo of America, Inc.
                     Nintendo Company, Ltd.

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000660119 / 1994-08-19

Title:               Under fire.

Description:         Videogame.

Copyright Claimant:
                     Taito Corporation (employer for hire)

Date of Creation:  1993

Date of Publication:
                     1993-11-05

Authorship on Application:
                     entire audiovisual work, excluding computer program: Taito
                        Corporation, employer for hire.

Names:               Taito Corporation

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000704275 / 1995-07-24

Title:               Unnecessary roughness.

Description:         Videogame.

Notes:               For the IBM PC.

Copyright Claimant:
                     Accolade, Inc.

Date of Creation:  1993

Date of Publication:
                     1993-12-31

Authorship on Application:
                     audiovisual materials, computer program, music,
                        instructional materials: Accolade, Inc., employer for
                        hire.

Names:               Accolade, Inc.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000199012 / 1983-12-14

Title:               Varmint.

Imprint:             Chesapeake, Va. : R.A. Dean,  c1983.

Description:         1 videogame.

Notes:               1 videocassette & description (1 p.) deposited in lieu of
                        videogame.

Copyright Claimant:
                     Richard A. Dean

Date of Creation:  1983

Date of Publication:
                     1983-11-15

Authorship on Application:
                     audiovisual work: Richard A. Dean.

Names:               Dean, Richard A., 1958-.

=============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000672256 / 1994-04-20

Title:               Vegas stakes.

Edition:             SNES.

Description:         Videogame.

Copyright Claimant:
                     Nintendo of America, Inc.

Date of Creation:  1992

Date of Publication:
                     1993-05-13

Authorship on Application:
                     audio-visual display, music, program: HAL Laboratory, Inc.;
                        screen display & text: Nintendo of America, Inc.,
                        employers for hire.

Names:               HAL Laboratory, Inc.
                     Nintendo of America, Inc.

==============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000661718 / 1993-06-25

Title:               Vette!

Edition:             MAC version.

Description:         Videogame.

Copyright Claimant:
                     Spectrum HoloByte, Inc.

Date of Creation:  1991

Date of Publication:
                     1991-02-27

Authorship on Application:
                     computer program including audiovisual material: Spectrum
                        HoloByte, Inc., employer for hire.

Previous Registration:
                     IBM version of computer game prev. reg. 1989, PA 496-263.

Basis of Claim:    New Matter: computer code for Macintosh version; rev.
                        graphics.

Copyright Note:    C.O. correspondence.

Names:               Spectrum HoloByte, Inc.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000441071 / 1989-12-11

Title:               Vindicators : pt. II.

Description:         1 videogame.

Copyright Claimant:
                     Atari Games Corporation

Date of Creation:  1989

Date of Publication:
                     1989-02-15

Authorship on Application:
                     text of computer program, audiovisual display, and sounds:
                        Atari Games Corporation, employer for hire.

Basis of Claim:      New Matter: changes made to preexisting videogame entitled
                        Vindicators.

Variant title:       Vindicators : pt. II

Other Title:         Vindicators

Names:               Atari Games Corporation

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000895629 / 1998-08-19

Application Title: DMG-AW2E.

Title:               Wario Land II.

Edition:             DMG version.

Description:         Videogame.

Notes:               Videocassette & printout only deposited.

Copyright Claimant:
                     Nintendo of America, Inc.

Date of Creation: 1997

Date of Publication:
                     1998-03-02

Authorship on Application:
                     audio-visual materials and computer program: Nintendo
                         Company, Ltd., employer for hire.

Previous Registration:
                     Prev. reg. 1995, PA 760-776 & 1993, PA 596-913.

Basis of Claim:      New Matter: audio-visual materials & computer program.

Names:               Nintendo of America, Inc.
                     Nintendo Company, Ltd.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000661719 / 1993-06-07

Title:               Warriors of fate.

Description:         Videogame.

Copyright Claimant:
                     Capcom Company, Ltd.

Date of Creation:  1992

Date of Publication:
                     1992-09-30

Authorship on Application:
                     computer program and audiovisual display: Capcom Company,
                       Ltd., employer for hire.

Previous Registration:
                     Some audiovisual material and computer program preexisting
                       in Dynasty wars.

Basis of Claim:      New Matter: some computer program text; some audiovisual
                       artwork.

Copyright Note:      C.O. correspondence.

Other Title:         Dynasty wars

Names:               Capcom Company, Ltd.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000659924 / 1994-02-09

Title:               Who shot Johnny Rock?

Description:         Videogame.

Copyright Claimant:
                     American Laser Games, Inc.

Date of Creation:  1991

Date of Publication:
                     1991-09-14

Authorship on Application:
                     computer program, including audiovisual material: American
                        Laser Games, Inc., employer for hire.

Copyright Note:    C.O. correspondence.

Names:               American Laser Games, Inc.

=============================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0001347773 / 2007-01-10

Title:                 WII sports.

Description:           Videogame.

Notes:                 RVLO-RSPJ-JPN.

Language:              Japanese.

Copyright Claimant:
                       Nintendo of America, Inc.

Date of Creation:  2006

Date of Publication:
                       2006-12-02

Authorship on Application:
                       interactive audiovisual materials & computer program:
                         Nintendo Company, Ltd., employer for hire.

Previous Registration:
                       Preexisting material: some visual work.

Basis of Claim:    New Matter: new visual work.

Copyright Note:    Cataloged from appl. only.

Names:                 Nintendo of America, Inc.
                       Nintendo Company, Ltd.

===============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000672249 / 1994-03-30

Title:               Wing Commander.

Description:         Videogame.

Copyright Claimant:
                     Origin Systems, Inc.

Date of Creation:  1990

Date of Publication:
                     1990-09-26

Authorship on Application:
                     computer program including audiovisual work: Origin
                        Systems, Inc., employer for hire.

Copyright Note:    C.O. correspondence.

Names:               Origin Systems, Inc.

==============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000198564 / 1983-12-05

Title:               Wizardry.

Imprint:             [s.l.] : Sir-Tech Software,  c1983.

Description:         1 videogame + 1 instruction manual (8 p.)

Notes:               Title on manual & container: Legacy of Llylgamyn.
                     Identifying material also deposited.

Copyright Claimant:
                     Andrew Greenberg, Inc. & Robert Woodhead, Inc.

Date of Creation:  1983

Date of Publication:
                     1983-09-12

Authorship on Application:
                     audiovisual work embodied in computer game, text & ill.
                       (including box ill.): Andrew Greenberg, Inc. & Robert
                       Woodhead, Inc., employers for hire.

Other Title:         Legacy of Llylgamyn

Names:               Andrew Greenberg, Inc.
                     Robert Woodhead, Inc.

================================================================================
```

```
Type of Work:          Computer File

Registration Number / Date:
                       PA0000294664 / 1985-12-24

Title:                 Word Fun.

Imprint:               Hawthorne, CA : Mattel,  c1980.

Description:           1 videogame + 1 instruction booklet (24 p.)

Notes:                 Identifying material deposited in lieu of videogame.

Copyright Claimant:
                       Mattel, Inc.

Date of Creation:  1980

Date of Publication:
                       no later than 31Dec80

Authorship on Application:
                       audiovisual work, text, artwork: Mattel, Inc., employer for
                          hire.

Copyright Note:    C.O. correspondence.

Names:                 Mattel, Inc.

===============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PAu001789859 / 1994-08-11

Title:               World tour golf.

Description:         Videogame.

Copyright Claimant:
                     Nighthawk Productions, Inc.

Date of Creation:  1993

Authorship on Application:
                     entire computer program incl. audio-visual material (incl.
                        sound track): Nighthawk Productions, Inc., employer for
                        hire; portions of computer program: Marjorie Deigert.

Names:               Deigert, Marjorie
                     Nighthawk Productions, Inc.

     ============================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PA0000537997 / 1991-09-19

Title:               WWF wrestlefest.

Description:         1 videogame.

Notes:               Cataloged from appl.

Copyright Claimant:
                     Technos Japan Corporation

Date of Creation:  1991

Date of Publication:
                     1991-07-22

Authorship on Application:
                     computer program and audio-visual effects: Technos Japan
                         Corporation, employer for hire.

Previous Registration:
                     Portions prev. pub. & prev. reg. as Wrestling game, 1989,
                         PA 437-509.

Basis of Claim:    New Matter: "additional program text and audio-visual
                         effects."

Other Title:         Wrestling game

Names:               Technos Japan Corporation

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     PAu000641144 / 1983-09-27

Title:               Zap!

Description:         1 videogame.

Notes:               (With Mass obliteration et al.).
                     Identifying material (representative of 5 games) deposited
                        in lieu of game.

Copyright Claimant:
                     Garth Ingram

Date of Creation:    1983

Authorship on Application:
                     text of computer program, audiovisual work: Garth Ingram
                        (pseudonymously Tony Romer)

Previous Registration:
                     Preexisting material: Zap by Dub Scroggin.

Basis of Claim:      New Matter: "text of computer program & some new
                        audiovisual elements."

Copyright Note:      C.O. correspondence.

Names:               Ingram, Garth, 1954-
                     Scroggin, Dub
```

===============================================================================