# Exhibit 18

# to the Declaration of Johanna Schmitt, Esq. in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment

| | |
|---|---|
| **From:** | Jeffrey C. Neu, Esq. <jneu@jeffreyneu.com> |
| **To:** | Desiree Golen <desiree.golen@gmail.com> |
| **Sent:** | 11/12/2008 9:58:02 AM |
| **Subject:** | Re: Fwd: Referral From EFF |

```
Sounds good.

Jeff
Sent via BlackBerry

-----Original Message-----
From: "Desiree Golen" <desiree.golen@gmail.com>

Date: Wed, 12 Nov 2008 04:32:58
To: Jeffrey C. Neu, Esq<jneu@jeffreyneu.com>
Subject: Re: Fwd: Referral From EFF


Dear Jeff,


Sorry, 4:00 pm your time. If it works for you. Please let me know,

Thanks again,

Desiree

On Wed, Nov 12, 2008 at 4:22 AM, Jeffrey C. Neu, Esq
<jneu@jeffreyneu.com> wrote:
> 4pm my time or yours?
>
> And no, Borland doesn't apply really to this situation, which I'll explain
> on the call.
>
> Cheers,
> Jeff
>
> Desiree Golen wrote:
>
> Hi Jeff,
>
> Great. How does Friday at 4:00pm work for you?
>
> Also, I wanted to update you on some new information I just received
> from Todd Bilsborrow, the developer of the Tetromino iPhone game,
> Kafablo.
>
> Apparently when he replied to the Tetris Company, asking for more
> information on their copyright, they referred him to this link:
> http://www.faqs.org/rulings/rulings2002HQ471487.html.
>
> I am curious: Do the results of the Lotus Development Corporation v.
> Borland International, Inc. case at all trump the "similarity and
> likeness of the imagery on a copyright claim"?
>
> Thank you for you time,
>
> I look forward to speaking with you,
>
> Desiree
>
>
> On Wed, Nov 12, 2008 at 3:45 AM, Jeffrey C. Neu, Esq
> <jneu@jeffreyneu.com> wrote:
>
```

> Hi Desiree,
>
> Wed. or Friday works for me. If Friday is best, let's chat then. Take note
> before we chat that the claimed infringement is going to be not in regards
> to not just the actual game, but the
>
> Cheers,
> Jeff
>
> Desiree Golen wrote:
>
> Dear Jeff,
>
> No Problem. Attached you will find two screen shots of TetraNet.
>
> Please let me know when you are available for a conference call.
> Wednesday after 1:00 pm (your time) is good for me, but Friday after
> 1:00 pm is best.
>
> Thanks,
>
> Desiree Golen
>
>
> On Mon, Nov 10, 2008 at 4:26 PM, Jeffrey C. Neu, Esq
> <jneu@jeffreyneu.com> wrote:
>
>
> Hi Desiree,
>
> I have looked over a bit of the docs. The screen shots are going to be very
> indicative of where you stand. When you get a chance forward those over and
> then let's plan a conference call.
>
> Cheers,
> Jeff
>
> Jeffrey C. Neu, Esq.
> J. C. Neu and Associates
> 318 Newman Springs Road
> Red Bank, New Jersey 07701
> (732) 978-4053
> www.jeffreyneu.com
>
>
> NOTICE: The contents of this email contain confidential and/or legally
> privileged information from the law firm of J. C. Neu and Associates. This
> information is only for the use of the intended recipient. If you have
> received this email in error, please notify us immediately. It is the
> responsibility of the recipient to ensure that it is virus free and no
> responsibility is accepted by the law firm of J. C. Neu and Associates for
> any loss or damage arising in any way from its use.
>
>
>
> Desiree Golen wrote:
>
> Dear Jeff,
>
> Thank you so much for your quick response. I am very excited to
> finally get some answers to my questions.
>
> I am currently in the process of developing a Tetromino game
> (http://en.wikipedia.org/wiki/Tetromino) with multi-player
> capabilities and new added features such as special keys, called
> TetraNet.
>

> I have been following the Tetris story for the last few weeks and have
> learned a lot about patents, copyrighted materials, and trademark.
>
> As far as I know, and this is why I am requesting counsel, The Tetris
> Company LLC has no patent on the game concept of Tetris. Furthermore,
> my understanding of copyright in a programming context is as follows:
> it is certainly a copyright infringement to steal a developer's
> codebase without permission and SELL his/her product. However, unless
> a concept is patented, it is perfectly legal to create the "same"
> application from the ground up. By "same", I mean an application with
> identical features, NOT an application produced through stolen code.
>
> The code for TetraNet is native. We did not somehow get our hands on
> the the Tetris Company's code for their iPhone application and paste
> it into Xcode. (To answer one of your questions, TetraNet is written
> in Objective C in Xcode, available in Apple's SDK).
>
> Moreover, as far as I know, "Tetris", or more correctly put,
> "Tetromino" is not a patented game. It was first created in Russia
> under the Soviet Union. Because private ownership was not an option,
> the developers of the original Tetromino game never claimed a patent.
> By the time Tetris (what it was later called) became popular in other
> countries including Japan, private game companies could not claim a
> patent because Tetromino was already widely popular and available in
> Russia.
>
> Despite all of this, Henk Rogers and his legal hounds have (over the
> last 15 or so years) been scavenging the Internet and terrorizing
> individual game developers (who use their own code, graphics, and
> music to develop and extend on the original Tetris) only to shut them
> down and steal their ideas.
>
> In the last few months, The Tetris Company has attacked various iPhone
> developers who have attempted to compete with Tetris' buggy and
> overpriced application on the iPhone mobile platform.
>
> I have corresponded with Noah Witherspoon, the developer of Tris, who
> sent me a transcript of the Cease and Desist letter he received from
> the Tetris Company LLC. (see attached for file)
>
> The developers of Teto Teto, Touchris, Shaker, and Kafablo received
> similar letters. Unfortunately, each developer was legally (and
> financially) unprepared to contradict the Tetris Company's claims of
> infringement with any legal backing. So, Apple, choosing to avoid any
> legal entanglement, submitted to The Tetris Company's request and
> terminated each application, one after another. (Attached is Noah's
> correspondence with Apple on the issue)
>
> Here is my question for you: does the Tetris Company have any valid
> claim to take action under the United States Copyright law? It seems
> to me that the Tetris Company is using the term "copyright" and "copy"
> incorrectly to bully third party developers (and apple) into removing
> their work from the appstore unjustly.
>
> Tetris is my favorite game! I have been experimenting with new
> concepts for TetraNet, but I first would like to ensure that I fully
> understand the legal issues surrounding this controversy before I
> release my application. I would also like to draft an appropriate
> response to the C&D employed by the Tetris Company LLC.
>
> Below are some links that I found helpful:
> http://everything2.com/index.pl?node_id=776131
> http://abednarz.net/wp/?option=com_content&task=view&id=13&Itemid=45
> (Kafablo)
> http://www.whatsoniphone.com/node/5618 (Shaker)
> http://www.macworld.com/article/135200/2008/08/iphone_tetris.htm/ (tris)
>
> Also, to answer some more of your questions:

ENDORSED BY TTC　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NEU0000058

> 1) Name: TetraNet. Tetra=greek derivative of four; Net=implying a
> social gaming network. (I.e two player and multiplayer capabilities)
>
> 2) Description: TetraNet is a puzzle game which consist of arranging
> Tetrominos on a screen in order to clear rows. Additional features
> include network play and "special keys". When you clear a row that
> contains a "special key" embedded in a Tetromino piece, a function is
> called: "C" for example clears your opponent's board. "S" switched
> boards. "X" scrambles opponent's board.
>
> 3) Demo/screen shot: My lead developer is out of town until Saturday
> night, at which time I will be able to send you a few screen shots. I
> hope this is OK.
>
> I hope I have not left anything out. I am available on Tuesday and
> Wednesday of next week for a conference call between (your time) 1:00
> pm ? 5:00 pm.
>
> Thank you for all of your time. I really appreciate it. Any advise or
> guidance you can offer takes me one step closer to ensuring an open
> Tetromino market.
>
> Thank you again,
>
> Desiree Golen
>
>
>
> On Thu, Nov 6, 2008 at 2:49 PM, Jeffrey C. Neu, Esq <jneu@jeffreyneu.com>
> wrote:
>
>
> Maura and Desiree,
>
> I would be more than happy to discuss it with you. Why don't you forward
> the information that you have to me, including a description of your game,
> and the name associated with it, genre etc., if you have an online demo of
> the game, all the better (screenshots will do just fine as well), coding
> language used, any opensource or outside code you have integrated into the
> game, and the name and related information of the game and company which you
> are looking to compete with. If you have information of other applications
> being removed, send that over as well, and we can go from there. After I
> have looked at the materials, why don't we schedule a conference call, early
> next week. I don't know what your schedules are like, so let me know. I am
> fairly flexible.
>
> Cheers,
> Jeff
>
> Jeffrey C. Neu, Esq.
> J. C. Neu and Associates
> 318 Newman Springs Road
> Red Bank, New Jersey 07701
> (732) 978-4053
> www.jeffreyneu.com
>
>
> NOTICE: The contents of this email contain confidential and/or legally
> privileged information from the law firm of J. C. Neu and Associates. This
> information is only for the use of the intended recipient. If you have
> received this email in error, please notify us immediately. It is the
> responsibility of the recipient to ensure that it is virus free and no
> responsibility is accepted by the law firm of J. C. Neu and Associates for
> any loss or damage arising in any way from its use.
>
>
>

```
> Maura Carter wrote:
>
> J. C. Neu and Associates
> 318 Newman Springs Road
> Red Bank, New Jersey 07701
> (732) 978-4053
>
>
>
>
> Dear Mr. Neu,
>
> We are writing to you based on a referral from Eva Galpern, Referral
> Specialist at Electronics Frontier Foundation in San Francisco. She said
> that you expressed possible interest in assisting us, via an email contact
> list through her organization, EFF. We are interested in some legal advice
> for our company, IXO Online Interactive, a recent start-up in the Mountain
> View, CA. We are recent Claremont Colleges alums, in the process of
> creating an application for the iPhone, to post on the Online Applications
> Store at Apple. We think that we may come into conflict with a third party
> who claims a to have a copyright on the game we are producing. From our
> research we have found that this third party has already sent cease and
> desist letters to several other developers. However, we think this party has
> only a trademark on the game's original name, but not on the concept or
> coding we are creating for our version. If there is a copyright conflict
> between us and the other party, we a
> re afraid that Apple will remove our application from its store, as it has
> done so already with several other application developers. We would like to
> keep our application on the iPhone Application Online Store at Apple for as
> long as possible, and we would like to be prepared legally in the event that
> a conflict should occur. Would you be able to assist us with this? I can
> forward more of our research, related links, and specific details.
>
> We appreciate your time and look forward to hearing from you.
>
> Sincerely,
>
> Maura Carter
> mauracarter@gmail.com
>
> and
>
> Desiree Golen
> Director, XIO Online Interactive
> desiree.golen@gmail.com
>
>
>
>
>
> _____
>
> _____
>
>
```