Donald A. Robinson
ROBINSON, WETTRE & MILLER LLC
One Newark Center, 19th Floor
Newark, NY  07102
973-690-5400
drobinson@rwmlegal.com

Mark A. Lemley
Joseph C. Gratz
Sonali D. Maitra
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA  94111
415-362-6666

*Attorneys for Defendant*
*Xio Interactive Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TETRIS HOLDING, LLC and THE TETRIS COMPANY, LLC, <br><br> Plaintiffs, <br><br> -against- <br><br> XIO INTERACTIVE INC., <br><br> Defendant. | Civil Action No. 3:09-CV-6115 (FLW) (DEA) <br><br> Honorable Freda L. Wolfson, U.S.D.J. <br> Honorable Douglas E. Alpert, U.S.M.J. |

**DECLARATION OF JASON BEGY**
**IN SUPPORT OF XIO INTERACTIVE'S MOTION FOR**
**SUMMARY JUDGMENT**

I, Jason Begy, declare as follows:

1.      Exhibit 36 to the Declaration of Sonali D. Maitra in Support of Xio

Interactive Inc.'s Motion for Summary Judgment (ECF No. 46) is a true and

correct copy of my expert report in this matter.  I hereby swear that all the contents

therein are true, correct, and my expert opinions in this matter.  And I hereby adopt

the entirety of that report herein by reference.

I declare under penalty of perjury that the foregoing statements are true and

correct to the best of my knowledge.  Executed this 16th day of November, 2011 in

Cambridge, Massachusetts.


Dated:  November 16, 2011                    _____
                                             Jason Begy


1

## CERTIFICATE OF SERVICE

I certify that on November 18, 2011, I caused a copy of the

DECLARATION OF JASON BEGY IN SUPPORT OF XIO INTERACTIVE'S

MOTION FOR SUMMARY JUDGMENT to be served upon plaintiffs' counsel of

record via the Court's electronic filing system.

*/s/ Donald A. Robinson*
Donald A. Robinson
