Donald A. Robinson
ROBINSON, WETTRE & MILLER LLC
One Newark Center, 19th Floor
Newark, NY  07102
973-690-5400
drobinson@rwmlegal.com

Mark A. Lemley
Joseph C. Gratz
Sonali D. Maitra
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA  94111
415-362-6666

*Attorneys for Defendant*
*Xio Interactive Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TETRIS HOLDING, LLC and THE TETRIS COMPANY, LLC,<br><br>    Plaintiffs,<br><br>  -against-<br><br>XIO INTERACTIVE INC.,<br><br>    Defendant. | Civil Action No. 3:09-CV-6115 (FLW) (DEA)<br><br>Honorable Freda L. Wolfson, U.S.D.J.<br>Honorable Douglas E. Alpert, U.S.M.J. |

**DECLARATION OF SONALI D. MAITRA
IN SUPPORT OF XIO INTERACTIVE INC.'S REPLY BRIEF**

I, Sonali D. Maitra, declare as follows:

1. I am an attorney with the firm of Durie Tangri LLP, attorneys for Defendant Xio Interactive Inc. in this action. The factual assertions made herein are made of my personal knowledge and, if called upon to do so, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 are excerpted pages 18-25 from Ian Bogost's expert report in this case.

3. Attached hereto as Exhibit 2 are excerpted pages 162, 168-169 from the deposition of Ian Bogost.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge. Executed this 18th day of November, 2011 in San Francisco, California.

Dated: November 18, 2011

Sonali D. Maitra
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA  94111
415-362-6666

*Attorneys for Defendant*
*XIO Interactive, Inc.*

1

## **CERTIFICATE OF SERVICE**

I certify that on November 18, 2011, I caused a copy of the DECLARATION OF SONALI D. MAITRA IN SUPPORT OF XIO INTERACTIVE INC.'S REPLY to be served upon plaintiffs' counsel of record via the Court's electronic filing system.

*/s/ Donald A. Robinson*
Donald A. Robinson
