# EXHIBIT 1
# TO MAITRA DECLARATION

# REDACTED IN ITS ENTIRETY