# EXHIBIT 2
# TO MAITRA DECLARATION

# REDACTED IN ITS ENTIRETY