Dale M. Cendali
Johanna Schmitt
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
dale.cendali@kirkland.com
johanna.schmitt@kirkland.com

Robert J. Schoenberg
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981
Telephone: (973) 538-0800
rschoenberg@riker.com

Attorneys for Plaintiffs
Tetris Holding, LLC and The Tetris Company, LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TETRIS HOLDING, LLC and THE TETRIS COMPANY, LLC,<br><br>     Plaintiffs,<br><br>   - against -<br><br>XIO INTERACTIVE INC.,<br><br>     Defendant. | Case No. 3:09-cv-6115 (FLW) (DEA)<br><br>Hon. Freda L. Wolfson, U.S.D.J.<br><br>**NOTICE OF PLAINTIFFS' MOTION TO VACATE ORDER OF DISMISSAL**<br><br>*Document Filed Electronically* |

TO: All Counsel on CM/ECF Service List

PLEASE TAKE NOTICE that, on November 5, 2012, at 10:00 a.m. or as soon thereafter as counsel may be heard, the undersigned, attorneys for Plaintiffs Tetris Holding, LLC and The Tetris Company, LLC (collectively, "TTC") shall move before the Honorable Freda L. Wolfson, U.S.D.J., at the United States District Court, Clarkson S. Fisher Federal Bldg. & U.S. Courthouse, 402 E. State Street, Trenton, NJ 08608, for entry of an Order

vacating the Order of Dismissal entered on July 31, 2012 [Dkt. # 63] and restoring this case to the active calendar;

PLEASE TAKE FURTHER NOTICE that in support of this Motion, TTC shall rely upon the Declaration of Johanna Schmitt and the pleadings and filings in this action. A proposed form of Order is submitted herewith;

PLEASE TAKE FURTHER NOTICE that this motion is submitted for a decision on the papers, pursuant to Fed. R. Civ. P. 78(b).

Dated: September 28, 2012

        Respectfully submitted,

        s/ Robert J. Schoenberg
        Riker, Danzig, Scherer, Hyland & Perretti LLP
        1 Speedwell Avenue
        Morristown, NJ  07962-1981
        Tel:  (973) 451-8511
        Fax:  (973) 451-8604
        Email: rschoenberg@riker.com

        Dale M. Cendali
        Johanna Schmitt
        KIRKLAND & ELLIS LLP
        601 Lexington Avenue
        New York, New York  10022
        Telephone: (212) 446-4800
        dale.cendali@kirkland.com
        johanna.schmitt@kirkland.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, the foregoing Notice of Motion to Vacate Order of Dismissal, Declaration of Johanna Schmitt and proposed form of Order were electronically filed with the Court and automatically served upon counsel of record via the CM/ECF system.

s/ Robert J. Schoenberg
Riker, Danzig, Scherer, Hyland
 & Perretti LLP
1 Speedwell Avenue
Morristown, NJ  07962-1981
Tel:  (973) 451-8511
Fax:  (973) 451-8604
Email: rschoenberg@riker.com

Attorneys for Plaintiffs
Tetris Holding, LLC and The Tetris Company, LLC

Dated: September 28, 2012

4278098v1